# EXHIBIT 3

**Sundial Growers Inc. Loss Chart**
**Class Period: Pursuant and/or traceable to the Registration Statement issued**
**in connection to the August 2019 IPO**

**Filing Date Closing Price**

$5.61

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0998735 BC LTD | 8/1/2019 | 12,400 | ($13.00) | ($161,200.00) | | | | | | | |
| | | 12,400 | ($13.00) | ($161,200.00) | | | | | 12,400 | $69,564.00 | ($91,636.00) |