# Exhibit B

**Loss Analysis for Ricardo Tristan - Sundial Growers Inc. (SNDL)**
**Class Period 07/28/19 - 09/25/19**



| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 08/01/19 | 6,500 | $13.0100 | $84,565.00 | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 6,500 | Total Amount Paid in CP | $84,565.00 | |
| | | Total Shares Sold in CP | 0 | Total Amount Sold in CP | $0.00 |
| | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | Total Shares Sold to Current | 0 | Total Amount Sold to Current | $0.00 ALTERNATIVE |

| | | |
|---|---|---|
| Actual Net Shares Acquired in CP | 6,500 | (CP Retained Shares) |

| | |
|---|---|
| Net Amount Paid in CP | $84,565.00 |
| Net Amount Paid in CP Minus Sold to Current Date | $84,565.00 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 6,500 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 6,500 | Automatically 0 if Negative (ALTERNATIVE) |

| | |
|---|---|
| 90-Day Mean Share Price after last Day of CP | $3.84 |

| | |
|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $24,983.43 |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $24,983.43 ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $59,581.57 ALTERNATIVE |

| | |
|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $59,581.57 |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $59,581.57 ALTERNATIVE |