**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YIMIN HUANG, Individually and on Behalf of All Others Similarly Situated, <br><br>     Plaintiff, <br><br>    v. <br><br> SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, COWEN AND COMPANY, LLC, BMO NESBITT BURNS INC., RBC DOMINION SECURITIES INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC, <br><br>     Defendants. | Case No.: 1:19-cv-08913-ALC <br><br> Hon. Andrew L. Carter, Jr. |
| DANIEL GULACSY, Individually and on Behalf of All Others Similarly Situated, <br><br>     Plaintiff, <br><br> v. <br><br> SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, and ELIZABETH CANNON, <br><br>     Defendants. | Case No.: 1:19-cv-10157-ALC <br><br> Hon. Andrew L. Carter, Jr. |

**NOTICE OF MOTION OF DAVID DRAIMAN FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that David Draiman ("Movant") respectfully moves this Court for an order: (1) consolidating the above captioned related actions (the "Actions"); (2) appointing

Movant as lead plaintiff pursuant to Section 27 of the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of his choice of counsel pursuant to the Securities Act of 1933, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Gregory M. Nespole in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: November 25, 2019                           Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Gregory M. Nespole*
Gregory M. Nespole (GN-6820)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com

*Lead Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

2