**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YIMIN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, COWEN AND COMPANY, LLC, BMO NESBITT BURNS INC., RBC DOMINION SECURITIES INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC.,<br><br>Defendants. | 1:19-cv-08913-ALC<br><br>CLASS ACTION<br><br>**MOTION OF DAVID J. STEINHAFEL TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF COUNSEL** |
| DANIEL GULACSY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, and ELIZABETH CANNON,<br><br>Defendants. | 1:19-cv-10157-ALC<br><br>CLASS ACTION |

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Section 27 of the Securities Act of 1933

("Securities Act"), 15 U.S.C. § 77z-1, as amended by the Private Securities Litigation Reform

Act of 1995, and Rule 42(a) of the Federal Rules of Civil Procedure, class member David J.

Steinhafel hereby moves this Court, before the Honorable Andrew L. Carter, Jr., United States

District Judge, for an Order:

(a) consolidating the above-captioned related actions;

(b) appointing Mr. Steinhafel as Lead Plaintiff; and

(c) approving Mr. Steinhafel's selection of Bernstein Liebhard LLP as Lead Counsel for

the litigation.

This motion is supported by the accompanying Memorandum of Law, the concurrently

filed Declaration of Matthew E. Guarnero, the pleadings and other filings in this action, and such

other written or oral argument as may be permitted by the Court.

Dated: November 25, 2019                    Respectfully submitted,

/s/ Matthew E. Guarnero
**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
Laurence J. Hasson
Matthew E. Guarnero
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  bernstein@bernlieb.com
          lhasson@bernlieb.com
          mguarnero@bernlieb.com

*Counsel for David Steinhafel and Proposed Lead
Counsel for the Proposed Class*

1

2

## CERTIFICATE OF SERVICE

I, Matthew E. Guarnero, hereby certify that on November 25, 2019 a true and correct copy of the annexed **MOTION OF DAVID J. STEINHAFEL TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: November 25, 2019                      /s/ Matthew E. Guarnero
                                              Matthew E. Guarnero