**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YIMIN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>          vs.<br><br>SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, COWEN AND COMPANY, LLC, BMO NESBITT BURNS INC., RBC DOMINION SECURITIES INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC.,<br><br>                         Defendants. | 1:19-cv-08913-ALC<br><br>CLASS ACTION |
| DANIEL GULACSY, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>          vs.<br><br>SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, and ELIZABETH CANNON,<br><br>                         Defendants. | 1:19-cv-10157-ALC<br><br>CLASS ACTION |

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND COUNSEL**

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.    The Motion of David J. Steinhafel to Consolidate Related Actions, for Appointment as Lead Plaintiff and for Approval of Counsel is granted.

II.   The above-captioned actions are hereby consolidated pursuant to Federal Rule of Civil Procedure 42(a) for all purposes.

III.  David J. Steinhafel is hereby appointed as Lead Plaintiff for the proposed Class pursuant to 15 U.S.C. 77z-1, as amended by the Private Securities Litigation Reform Act of 1995.

IV.   Bernstein Liebhard LLP is hereby appointed as Lead Counsel for the proposed Class.

SO ORDERED, this ___ day of _____, 2019

_____
The Honorable Andrew L. Carter Jr.
United States District Judge

1