**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YIMIN HUANG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br>  vs. <br><br> SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, COWEN AND COMPANY, LLC, BMO NESBITT BURNS INC., RBC DOMINION SECURITIES INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC., <br><br> Defendants. | 1:19-cv-08913-ALC <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF MATTHEW E. GUARNERO IN SUPPORT OF DAVID J. STEINHAFEL'S MOTION TO CONSOLIDATE THE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF COUNSEL** |
| DANIEL GULACSY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br>  vs. <br><br> SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, and ELIZABETH CANNON, <br><br> Defendants. | 1:19-cv-10157-ALC <br><br> <u>CLASS ACTION</u> |

I, MATTHEW E. GUARNERO, hereby declare under penalties of perjury that:

1.      I am an associate with Bernstein Liebhard LLP. I make this Declaration in Support of David J. Steinhafel's Motion to Consolidate the Related Actions, for Appointment as Lead Plaintiff and for Approval of Counsel. The matters set forth herein are within my personal knowledge.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:    The notice announcing the pendency of this action pursuant to 15 U.S.C. § 77z-1(a)(3)(A)(i);

Exhibit B:    David J. Steinhafel's sworn certification pursuant to 15 U.S.C. § 77z-1(a)(2)(A);

Exhibit C:    David J. Steinhafel's Loss Chart; and

Exhibit D:    Firm Résumé of Bernstein Liebhard LLP.

Executed: November 25, 2019                        /s/Matthew E. Guarnero
                                                    MATTHEW E. GUARNERO

1

2

## CERTIFICATE OF SERVICE

I, Matthew E. Guarnero, hereby certify that on November 25, 2019, a true and correct copy of the annexed **DECLARATION OF MATTHEW E. GUARNERO IN SUPPORT OF DAVID J. STEINHAFEL'S MOTION TO CONSOLIDATE THE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: November 25, 2019                        /s/Matthew E. Guarnero
                                                Matthew E. Guarnero

2