# EXHIBIT C

**Sundial Growers Inc. (SNDL)**

Class Period: 07/28/2019 - 09/25/2019

Hold Price:        $5.6100

| MOVANT | DATE | SHARES | PURCHASE PRICE (1) | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | |
| David J. Steinhafel | 08/06/19 | 900 | 12.4200 | 11,178.00 | | | | 0.00 | 900 | 5,049.00 | (6,129.00) |
| | 08/06/19 | 2,400 | 12.6999 | 30,479.76 | | | | 0.00 | 2,400 | 13,464.00 | (17,015.76) |
| | 08/23/19 | 400 | 9.6799 | 3,871.96 | | | | 0.00 | 400 | 2,244.00 | (1,627.96) |
| | 08/26/19 | 300 | 9.6500 | 2,895.00 | | | | 0.00 | 300 | 1,683.00 | (1,212.00) |
| | 08/28/19 | 300 | 8.7026 | 2,610.78 | | | | 0.00 | 300 | 1,683.00 | (927.78) |
| | 08/30/19 | 500 | 7.9727 | 3,986.35 | | | | 0.00 | 500 | 2,805.00 | (1,181.35) |
| | 09/03/19 | 300 | 7.6620 | 2,298.60 | | | | 0.00 | 300 | 1,683.00 | (615.60) |
| **David J. Steinhafel Totals** | | **5,100** | | **$57,320.45** | | **-** | | **$0.00** | **5,100** | **$28,611.00** | **($28,709.45)** |

(1) Shares held are valued at the closing price ($5.61) on 09/25/2019, the day the first complaint was filed.