**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YIMIN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, COWEN AND COMPANY, LLC, BMO NESBITT BURNS INC., RBC DOMINION SECURITIES INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC,<br><br>Defendants. | Case No.: 1:19-cv-08913-ALC<br><br>Hon. Andrew L. Carter, Jr. |
| DANIEL GULACSY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, and ELIZABETH CANNON,<br><br>Defendants. | Case No.: 1:19-cv-10157-ALC<br><br>Hon. Andrew L. Carter, Jr. |

**DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF DAVID DRAIMAN'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Gregory M. Nespole, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"),

counsel for lead plaintiff movant David Draiman ("Movant") and proposed Lead Counsel for the

1

Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as lead plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      PSLRA Certification signed by Movant attesting to his acquisition of Sundial Growers Inc., ("Sundial") securities;

Exhibit B:      Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Sundial securities;

Exhibit C:      Press Release published September 25, 2019, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Huang v. Sundial Growers Inc., et al.*, Case No. 1:19-cv-08913-ALC.

Exhibit D:      Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.


I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: November 25, 2019                          Respectfully Submitted,

                                                  **LEVI & KORSINSKY, LLP**

                                                  By: /s/ *Gregory M. Nespole*
                                                  Gregory M. Nespole (GN-6820)
                                                  55 Broadway, 10th Floor
                                                  New York, NY 10006
                                                  Tel: (212) 363-7500
                                                  Fax: (212) 363-7171
                                                  Email: gnespole@zlk.com


                                                  *Lead Counsel for Movant and [Proposed]*
                                                  *Lead Counsel for the Class*