UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YIMIN HUANG, Individually and On Behalf of All Others Similarly Situated, | Case No: 1:19-cv-08913-ALC |
| Plaintiff, | CLASS ACTION |
| v. | |
| SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, COWEN AND COMPANY, LLC, BMO NESBITT BURNS INC., RBC DOMINION SECURITIES INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC., | |
| Defendants. | |
| DANIEL GULACSY, Individually and On Behalf of All Others Similarly Situated, | Case No: 1:19-cv-10157-ALC |
| Plaintiff, | CLASS ACTION |
| v. | |
| SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNNBULL, LEE TAMKEE, and ELIZABETH CANNON, | |
| Defendants. | |

**NOTICE OF MOTION AND
MOTION OF NANCY DODGE-SWARTZ FOR
CONSOLIDATION OF ACTIONS, APPOINTMENT AS
LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Nancy Dodge-Swartz ("Movant") will and hereby does respectfully move this Court for an Order:   (1) consolidating the above-captioned actions; (2) appointing Movant as Lead Plaintiff pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, on behalf of a class consisting of all persons or entities, other than defendants, that purchased or otherwise acquired Sundial Growers Inc. ("Sundial") securities pursuant and/or traceable to the registration statement and related prospectus issued in connection with Sundial's August 1, 2019 initial public stock offering; (3) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of W. Scott Holleman, the [Proposed] Order Consolidating the Actions, Appointing Movant as Lead Plaintiff, and Approving Movant's Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

DATED: November 25, 2019                    Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

By: */s/ W. Scott Holleman*
W. Scott Holleman

1

2

885 Third Avenue, Suite 3040
New York, NY 10022
Telephone:  (646) 860-9449
Facsimile:  (212) 214-0506
Email: holleman@bespc.com

*Counsel for Movant and Proposed
Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, W. Scott Holleman, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 25th day of November, 2019.

/s/ W. Scott Holleman
W. Scott Holleman