UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YIMIN HUANG, Individually and On Behalf of All Others Similarly Situated, | Case No: 1:19-cv-08913-ALC |
| Plaintiff, | CLASS ACTION |
| v. | |
| SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, COWEN AND COMPANY, LLC, BMO NESBITT BURNS INC., RBC DOMINION SECURITIES INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC., | |
| Defendants. | |
| DANIEL GULACSY, Individually and On Behalf of All Others Similarly Situated, | Case No: 1:19-cv-10157-ALC |
| Plaintiff, | CLASS ACTION |
| v. | |
| SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNNBULL, LEE TAMKEE, and ELIZABETH CANNON, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING THE
MOTION OF NANCY DODGE-SWARTZ FOR
CONSOLIDATION OF ACTIONS, APPOINTMENT AS
LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

WHEREAS, in accordance with the provisions of Section 27(a)(3)(A)(i) of the Securities Act of 1933 (the "Securities Act"), on September 25, 2019, notice of the Lead Plaintiff deadline was published in *Business Wire*, a widely circulated national business-oriented wire service, advising Class[1] members of the pendency of the class action, the claims asserted therein,  and their right to move this Court to be appointed Lead Plaintiff; and

WHEREAS, pursuant to Section 27 of the Securities Act, any purported Class member desiring to be appointed Lead Plaintiff was required to have filed a motion for such appointment on or before November 25, 2019; and

WHEREAS, movant Nancy Dodge-Swartz ("Movant") has timely filed a motion for appointment as Lead Plaintiff; and

WHEREAS, Movant has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 27 of the Securities Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 27(a)(3)(B)(v) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B)(v), Movant seeks approval of her selection of counsel to serve as Lead Counsel for the Class.

AND NOW THIS ____ day of _____ 2019, the Court having considered Movant's Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, and all supporting documents, and good cause appearing therefore, it is hereby ORDERED as follows:

---

[1]  The "Class" is comprised of all persons or entities, other than defendants, who purchased or otherwise acquired Sundial Growers, Inc. ("Sundial") securities pursuant and/or traceable to the registration statement and related prospectus issued in connection with Sundial's August 1, 2019 initial public stock offering.

1

## CONSOLIDATION OF RELATED ACTIONS

The above-captioned securities class actions pending in this Judicial District are hereby consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. Any actions that have been filed, or may be filed, which are related and which may be considered herewith, are consolidated under *Huang v. Sundial Growers, Inc., et al.*, Case No. 1:19-cv-08913-ALC (the "Consolidated Action").

A Master File is hereby established for the consolidated proceedings in the Consolidated Action. The docket number for the Master File shall be Master File No. 1:19-cv-08913-ALC. The original of this Order shall be filed by the Clerk in the Master File. The Clerk shall mail a copy of this Order to counsel of record in each of the above-captioned actions.

Every pleading filed in the Consolidated Action shall bear the following caption:

| IN RE SUNDIAL GROWERS, INC. SECURITIES LITIGATION | Master File No. 1:19-cv-08913-ALC |
|---|---|

## NEWLY FILED OR TRANSFERRED ACTIONS

When a case that arises out of the subject matter of this Consolidated Action is hereinafter filed in this Court or transferred to this Court from another Court, the clerk of this Court shall:

a. File a copy of this Order in the separate file for such action;

b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

c. Make the appropriate entry in the docket for this Consolidated Action.

Each new case arising out of the subject matter of this Consolidated Action that is filed in this Court or transferred to this Court shall be consolidated with this Consolidated Action and this

2

Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

## LEAD PLAINTIFF APPOINTMENT

The Motion of Movant to serve as Lead Plaintiff in the Consolidated Action is GRANTED. Pursuant to Section 27(a)(3) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B), Movant is appointed as Lead Plaintiff for the Class.

## LEAD COUNSEL

Pursuant to Section 27(a)(3)(B)(v) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B)(v), Movant has selected and retained the law firm of Bragar Eagel & Squire, P.C. to serve as Lead Counsel in this Consolidated Action. The Court approves Movant's selection of Counsel.

Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

a. to coordinate the briefing and argument of any and all motions;

b. to coordinate the conduct of any and all discovery proceedings;

c. to coordinate the examination of any and all witnesses in depositions;

d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

e. to coordinate all settlement negotiations with counsel for defendants;

f. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required; and

g. to coordinate the preparation and filings of all pleadings; and to supervise all other

3

matters concerning this litigation.

No settlement negotiations shall be conducted without the approval of Lead Counsel.

Lead Counsel shall have responsibility for receiving and disseminating Court orders and notices.

Lead Counsel shall be the contact between the Class and defendants' counsel and shall serve as the spokespersons for the Class.  Lead Counsel shall act as the liaison between the Court and the Class.

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
The Honorable Andrew L. Carter, Jr.
United States District Judge