UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YIMIN HUANG, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, COWEN AND COMPANY, LLC, BMO NESBITT BURNS INC., RBC DOMINION SECURITIES INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC.,<br><br>      Defendants. | Case No: 1:19-cv-08913-ALC<br><br>CLASS ACTION |
| DANIEL GULACSY, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNNBULL, LEE TAMKEE, and ELIZABETH CANNON,<br><br>      Defendants. | Case No: 1:19-cv-10157-ALC<br><br>CLASS ACTION |

**DECLARATION OF W. SCOTT HOLLEMAN IN
SUPPORT OF NANCY DODGE-SWARTZ'S MOTION
FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS
LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, W. Scott Holleman, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movant Nancy Dodge-Swartz ("Movant") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Bragar Eagel & Squire, P.C. as Lead Counsel for the Class.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    A certification signed by Movant, attaching her securities during the relevant period in a Schedule A, thereto;

Exhibit B:    Chart detailing Movant's financial losses;

Exhibit C:    Press release published September 25, 2019, on *Business Wire* announcing the pendency of the securities class action against Defendants herein:  *Huang v. Sundial Growers Inc., et al.*, Case No. 1:19-cv-08913; and

Exhibit D:    Bragar Eagel & Squire, P.C. firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 25th day of November, 2019.

*/s/ W. Scott Holleman*
W. Scott Holleman

2