# Exhibit A

**CERTIFICATION PURSUANT TO
THE FEDERAL SECURITIES LAWS**

I, the undersigned Nancy Dodge-Swartz, certify that:

1.    I am a Payroll Analyst.  I have approximately twenty-five years of investing experience, and I currently reside in Vancouver, Washington.

2.    I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

3.    I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4.    I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5.    Attached hereto as Schedule A is a complete listing of all my Sundial Growers, Inc. (NASDAQ: SNDL) transactions during the Class Period.

6.    I have not served as a representative party on behalf of a class under this title during the last three years.

7.    I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Nov 1, 2019

*Nancy Dodge-Swartz*
Nancy Dodge-Swartz (Nov 1, 2019)

Nancy Dodge-Swartz

1

## SCHEDULE A

Class Period Transactions of Nancy Dodge-Swartz in Sundial Growers, Inc. securities (NASDAQ: SNDL) securities.

| Transaction | Date | Quantity | Price |
|---|---|---|---|
| Purchase | 8/1/2019 | 1,900 | $13.00 |
| Purchase | 8/1/2019 | 510 | $12.80 |
| Purchase | 8/1/2019 | 90 | $12.79 |

2