# Exhibit B

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | Sundial Growers, Inc. | | | | | |
| **Client Name** | Nancy Dodge-Swartz | | | **LIFO Loss** | **($18,354.10)** | |
| **Ticker Symbol** | SNDL | | | | | |
| **Offering Date:** | 08/01/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 8/1/2019 | 1,900 | $13.00 | ($24,700.00) | | | ($24,700.00) |
| 8/1/2019 | 510 | $12.80 | ($6,528.00) | | | ($6,528.00) |
| 8/1/2019 | 90 | $12.79 | ($1,151.10) | | | ($1,151.10) |
| | | | | | **Subtotal** | ($32,379.10) |
| | | | **Closing Price on the Date the First Action was Filed** | | | |
| **Shares Retained** | | | | | **Retained Share Value** | $14,025.00 |
| 2,500 | | | $5.61 | | **Total** | ($18,354.10) |