**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YIMIN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, COWENA ND COMPANY, LLC, BMO NESBITT BURNS INC., RBC DOMINION SECURITIES INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC.,<br><br>Defendants. | Case No. 1:19-cv-08913-ALC |
| DANIEL GULACSY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, and ELIZABETH CANNON,<br><br>Defendants. | Case No. 1:19-cv-10157-ALC |

**[PROPOSED] ORDER GRANTING OLGA SVYATCHENKO'S MOTION FOR**
**CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF LEAD COUNSEL**

Having considered the motion of Olga Svyatchenko for appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Sundial Growers Inc. Securities Litigation*, Master File No. 1:19-cv-08913;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), appoints Olga Svyatchenko as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel for the class.


        IT IS SO ORDERED.



Dated: _____, 2019        _____
                                        HON. ANDREW L. CARTER, JR.
                                        UNITED STATES DISTRICT JUDGE

1