UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YIMIN HUANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>     v.<br><br>SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, COWEN AND COMPANY, LLC, BMO NESBITT BURNS INC., RBC DOMINION SECURITIES INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC.,<br><br>                     Defendants. | Case No. 1:19-cv-08913-ALC |
| DANIEL GULACSY, Individually and On Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>     v.<br><br>SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, and ELIZABETH CANNON,<br><br>                     Defendants. | Case No. 1:19-cv-10157-ALC |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT SUNDIAL GROWERS INC.**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and subject to and without waiver of any defenses to be presented pursuant to Rule 12 of the Federal Rules of Civil Procedure

or otherwise, including but not limited to lack of personal jurisdiction, forum, and venue, defendant Sundial Growers Inc. ("Sundial"), by its undersigned attorneys, hereby states that it is a publicly listed company.  Sundial has no parent corporation and no publicly held corporation directly or indirectly owns 10 percent or more of Sundial's stock.

Dated:  December 18, 2019
        New York, New York

**SHEARMAN & STERLING LLP**

By:  /s/ Adam S. Hakki
     Adam S. Hakki
     Jeffrey D. Hoschander
     Mary C. Pennisi
     599 Lexington Avenue
     New York, NY 10022-6069
     Telephone: (212) 848-4000
     ahakki@shearman.com
     jeff.hoschander@shearman.com
     mary.pennisi@shearman.com

*Attorneys for Defendant Sundial Growers Inc.*