UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Sundial Growers Inc. Securities Litigation | Master Case No. 1:19-cv-08913-ALC <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br>     ALL ACTIONS | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, class member Ricardo Tristan ("Mr. Tristan" or "Movant") hereby respectfully moves this Court for an Order permitting withdrawal of appearance of Jason A. Zweig in the above-captioned action. This motion is precipitated by the Order Consolidating Related Cases, Appointing Co-Lead Plaintiffs and Co-Lead Counsel (ECF no. 44).

WHEREFORE, Movant respectfully requests that the Court remove Jason A. Zweig from this action's electronic case filing (ECF) service list.

DATED:  December 24, 2019
                                             Respectfully submitted,

                                             HAGENS BERMAN SOBOL SHAPIRO LLP

                                             By  <u>/s/ Jason A. Zweig</u>
                                                   JASON A. ZWEIG, JZ-8107

                                             555 Fifth Avenue, Suite 1700
                                             New York, NY 10017
                                             Telephone: (212) 752-5455
                                             Facsimile:  (917) 210-3980
                                             jasonz@hbsslaw.com

                                             Reed R. Kathrein
                                             Lucas E. Gilmore
                                             Danielle Smith

>HAGENS BERMAN SOBOL SHAPIRO LLP
>715 Hearst Avenue, Suite 202
>Berkeley, CA 94710
>Telephone: (510) 725-3000
>Facsimile: (510) 725-3001
>reed@hbsslaw.com
>lucasg@hbsslaw.com
>danielles@hbsslaw.com
>
>Steve W. Berman
>HAGENS BERMAN SOBOL SHAPIRO LLP
>1301 Second Avenue, Suite 2000
>Seattle, WA 98101
>Telephone: (206) 623-7292
>Facsimile: (206) 623-0594
>steve@hbsslaw.com
>
>*Counsel for Movant Ricardo Tristan*

IT IS SO ORDERED.

DATE: December 26, 2019

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE