AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| YIMIN HUANG, et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:19-CV-08913-ALC |
| SUNDIAL GROWERS INC., et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff David Draiman            .

Date:   01/28/2020

/s/ Adam Apton
*Attorney's signature*

Adam M. Apton (AS-8383)
*Printed name and bar number*

Levi & Korsinsky LLP
55 Broadway, 10th Floor
New York, NY 10006
*Address*

aapton@zlk.com
*E-mail address*

(212) 363-7500
*Telephone number*

(212) 363-7171
*FAX number*