UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re Sundial Growers Inc. Securities Litigation

Master File No. 1:19-cv-08913-ALC

<u>CLASS ACTION</u>

This Document Relates To: All Actions

---------------------------------------------------------X

**CORPORATE DISCLOSURE STATEMENT OF
<u>DEFENDANT SCOTIA CAPITAL INC.</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Scotia Capital Inc. hereby states that it is a wholly-owned subsidiary of The Bank of Nova Scotia, a Canadian bank chartered under the Bank Act (Canada), and is publicly-traded on both the Toronto Stock Exchange and the New York Stock Exchange.  The Bank of Nova Scotia has no parent corporation.  No entity beneficially owns more than 10% of the common shares of The Bank of Nova Scotia.

Dated:  March 26, 2020

Respectfully submitted,
**GOODWIN PROCTER LLP**

<u>/s/ Mark Holland</u>
Mark Holland
mholland@goodwinlaw.com
620 Eighth Avenue
New York, NY 10018
Phone: (212) 813-8800

Caroline H. Bullerjahn
cbullerjahn@goodwinlaw.com
Katherine L. Dacey
kdacey@goodwinlaw.com
100 Northern Avenue
Boston, MA 02210
Phone: (617) 570-1359

*Attorneys for Defendant Scotia Capital Inc.*