**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE SUNDIAL GROWERS INC.
SECURITIES LITIGATION

Master File No. 1:19-cv-08913-ALC

This Document Relates To:
All Actions

This Consolidated Action Is Related To:
1:20-cv-03579-ALC

**DECLARATION OF**
**DANIEL KAHN**

---

I, DANIEL KAHN, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member of the bar of this Court, an associate at the firm of Shearman & Sterling LLP, and counsel to defendants Sundial Growers Inc., Torsten Kuenzlen, James Keough, Edward Hellard, Greg Mills, Gregory Turnbull, Lee Tamkee, and Elizabeth Cannon.

2.      I respectfully submit this declaration in support of Defendants' Joint Motion to Dismiss the Second Amended Consolidated Complaint and to place before the Court true and correct copies of the following documents referenced in the accompanying Memorandum of Law in Support of Defendants' Joint Motion to Dismiss:

| | |
|---|---|
| Exhibit 1 | Decision + Order on Motion, *In re Sundial Growers Sec. Litig.*, No. 655178/2019 (N.Y. Sup. Ct. N.Y. Cnty. May 15, 2020), Dkt. No. 39 |
| Exhibit 2 | Sundial Growers Inc., Prospectus (July 31, 2019) |
| Exhibit 3 | Consolidated Amended Complaint, *In re Sundial Growers Sec. Litig.*, No. 655178/2019 (filed N.Y. Sup. Ct. N.Y. Cnty. Nov. 8, 2019), Dkt. No. 18 |
| Exhibit 4 | Sundial Growers Inc., Form 6-K (Aug. 14, 2019) |
| Exhibit 5 | Sundial Growers Inc., Form 20-F, Exhibit 15.1 (Mar. 31, 2020) |

| Exhibit 6 | Consolidation Order, *In re Sundial Growers Sec. Litig.*, No. 655178/2019 (N.Y. Sup. Ct. N.Y. Cnty. Oct. 23, 2019), Dkt. No. 14 |

3.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2020 in New York, New York.

/s/ Daniel Kahn
Daniel Kahn