# Exhibit 6

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---------------------------------------------------------------

TRISHA PETERS, on behalf of herself and all others similarly situated,

        Plaintiff,

        vs.

SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, COWEN AND COMPANY, LLC, BMO NESBITT BURNS INC., RBC DOMINION SECURITIES INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC.,

        Defendants.

---------------------------------------------------------------

DIANE L. HOELLER AND KENNETH M. HOELLER, Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs,

        vs.

SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, DONALD J. PUGLISI, COWEN AND COMPANY, LLC, BMO NESBITT BURNS INC., RBC DOMINION SECURITIES INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC.,

        Defendants.

---------------------------------------------------------------

Index No.: 655178/2019

Commercial Division

Barry R. Ostrager, J.S.C.
Part 61

*CONSOLIDATION ORDER*

Index No.: 655523/2019

Commercial Division

Barry R. Ostrager, J.S.C.
Part 61

TREVON CLARKE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

SUNDIAL GROWERS INC., TORSTEN KUENZLEN, JAMES KEOUGH, EDWARD HELLARD, GREG MILLS, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON, DONALD PUGLISI, COWEN AND COMPANY, LLC, BMO NESBITT BURNS INC., RBC DOMINION SECURITIES INC., BARCLAYS CAPITAL CANADA INC., CIBC WORLD MARKETS INC., and SCOTIA CAPITAL INC.,

Defendants.

Index No. 655650/2019

Commercial Division

~~Part 54~~

## STIPULATION AND [~~PROPOSED~~] ORDER FOR CONSOLIDATION OF RELATED ACTIONS, AND SCHEDULE FOR THE FILING OF A CONSOLIDATED COMPLAINT AND RESPONSES THERETO

**WHEREAS**, on September 9, 2019, plaintiff Trisha Peters filed a proposed class action under Index No. 655178/2019 (the "*Peters* Action") asserting claims under the Securities Act of 1933 against defendants Sundial Growers Inc. ("Sundial"), Torsten Kuenzlen ("Kuenzlen"), James Keough ("Keough"), Edward Hellard ("Hellard"), Greg Mills ("Mills"), Gregory Turnbull ("Turnbull"), Lee Tamkee ("Tamkee"), Elizabeth Cannon ("Cannon"), Cowen and Company, LLC ("Cowen"), BMO Nesbitt Burns Inc. ("BMO"), RBC Dominion Securities Inc. ("RBC"), Barclays Capital Canada Inc. ("Barclays"), CIBC World Markets Inc. ("CIBC"), and Scotia Capital Inc. ("Scotia");

**WHEREAS**, on September 23, 2019, plaintiffs Diane L. Hoeller and Kenneth M. Hoeller filed a proposed class action under Index No. 655523/2019 (the "*Hoeller* Action") asserting claims under the Securities Act of 1933 against defendants Sundial, Kuenzlen, Keough, Hellard, Mills, Turnbull, Tamkee, Cannon, Donald J. Puglisi, Cowen, BMO, RBC, Barclays, CIBC, and

2

Scotia (collectively, the "Defendants");

**WHEREAS,** on September 27, 2019, plaintiff Trevon Clarke filed a proposed class action under Index No. 655650/2019 (the "*Clarke* Action") asserting claims under the Securities Act of 1933 against Defendants (Trevon Clarke, with Trisha Peters, Diane L. Hoeller and Kenneth M. Hoeller, collectively, "Plaintiffs");

**WHEREAS,** both the *Peters* Action and the *Hoeller* Action have been assigned to this Court and the *Clarke* Action is related to these proceedings;

**WHEREAS,** there are no pending motions in the *Peters* Action, the *Hoeller* Action or the *Clarke* Action (collectively, the "Actions"); no substantive orders have been entered in the Actions; no motions to dismiss or responsive pleadings have been filed in the Actions; and no discovery has occurred in the Actions;

**WHEREAS,** counsel for Plaintiffs and counsel for Defendants have conferred and discussed an efficient path with respect to these Actions;

**NOW, THEREFORE,** Plaintiffs and the Defendants, by and through their undersigned counsel, jointly stipulate and agree as follows:

1. The undersigned attorneys for Defendants are authorized to and hereby accept service of the complaints filed in the Actions on behalf of Defendants named therein without waiver of any rights, defenses, objections, motions, or arguments, including without limitation as to personal jurisdiction, forum, and venue (other than improper service of process).

2. To avoid unnecessary motion practice, and to promote judicial economy and avoid unnecessary costs and delay, Plaintiffs and Defendants stipulate to the consolidation of the Actions, and the schedule set forth below for the filing of a consolidated complaint and Defendants' answers, motions, or other responses. For the sake of clarity, Defendants shall have

3

no obligation to respond to the complaints already filed in the Actions.

3. This Stipulation may be executed in counterparts, each of which will be deemed an original, and which together will constitute one document. An electronic signature on this Stipulation will be considered an original signature.

4. Defendants take no position on the appointment of lead plaintiffs' counsel and reserve all rights to challenge the certification of any putative class.

**IT IS HEREBY SO ORDERED THAT:**

1. Pursuant to Section 602 of the New York Civil Practice Law and Rules, the Actions are hereby consolidated for all purposes. The *Hoeller* Action and the *Clarke* Action are consolidated into the *Peters* Action. The *Peters* Action is recaptioned "*In re Sundial Growers Inc. Securities Litigation*" and the consolidated action will proceed under Index Number 655178/2019, with all filings made under the following caption:

-------------------------------------------------------------x

*In re Sundial Growers Inc. Securities Litigation*          Index No. 655178/2019

-------------------------------------------------------------x

2. The County Clerk is hereby directed to amend the caption in the *Peters* Action to read: "*In re Sundial Growers Inc. Securities Litigation*".

3. In the event that additional related actions are filed in this Court, they will be consolidated into *In re Sundial Growers Inc. Securities Litigation*, Index No. 655178/2019.

4. The law firms of Kaplan Fox & Kilsheimer LLP and Robbins Geller Rudman & Dowd LLP are hereby appointed as Lead Plaintiffs' Counsel in the consolidated action.

5. Lead Plaintiffs' Counsel shall have the authority to make all decisions regarding pleadings for plaintiffs in the consolidated action and to speak for plaintiffs in matters regarding

4

Case 1:19-cv-08913-ALC-SN   Document 71-6   Filed 05/27/20   Page 6 of 8

pre-trial procedure, trial, and settlement, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the consolidated action and to avoid duplicative or unproductive effort.

6.   Lead Plaintiffs' Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs in the consolidated action, including all communications with Defendants and any settlement discussions on behalf of the putative class. No motion, request for discovery, or other proceedings in the consolidated action shall be initiated or filed by any plaintiff except through Lead Plaintiffs' Counsel.

7.   Lead Plaintiffs' Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communications with Defendants on matters of case administration and scheduling. Lead Plaintiffs' Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel;

8.   Defendants may rely upon all agreements made with Lead Plaintiffs' Counsel, or other duly authorized representatives of Lead Plaintiffs' Counsel, and such agreements shall be binding on all plaintiffs;

9.   Plaintiffs will file a consolidated complaint on or before November 8, 2019. Defendants will answer, move, or otherwise respond to such complaint on or before December 16, 2019; Plaintiffs will file opposition to any motion directed to such complaint on or before January 22, 2020; and the Defendants will file reply papers in connection with any such motion on or before February 13, 2020.

10. The preliminary conference is adjourned to February 19, 2020 at 9:30 a.m.

Dated:   October 21, 2019

5

**ROBBINS GELLER RUDMAN &
DOWD LLP**

/s/

Samuel H. Rudman
58 South Service Road, Suite 200
Melville, New York 11747
Telephone: (631) 367-7100
srudman@rgrdlaw.com

Brian E. Cochran
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 674-4674
bcochran@rgrdlaw.com

**SCHALL LAW FIRM**
**BRIAN SCHALL**
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: 310/301-3335
310/338-0192 (fax)
brian@schallfirm.com

*Attorney for Plaintiffs Diane L. Hoeller
and Kenneth M. Hoeller*

**LAW OFFICE OF THOMAS G.
AMON**

/s/

Thomas G. Amon
420 Lexington Avenue, Suite 1402
New York, NY 10170
Telephone: 212/810-2430
tamon@amonlaw.com

**KAPLAN FOX & KILSHEIMER LLP**

/s/

Robert N. Kaplan
Frederic S. Fox
Jeffrey P. Campisi
Jason A. Uris
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
ffox@kaplanfox.com
jcampisi@kaplanfox.com
juris@kaplanfox.com

*Attorneys for Plaintiff Trisha Peters*

6

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
JONATHAN D. BOBAK
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
jbobak@robbinsarroyo.com

*Attorneys for Plaintiff Trevon Clarke*

**GOODWIN PROCTER LLP**

/s/ _Caroline H. Bullerjahn_
Mark Holland
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 459-7152
MHolland@goodwinlaw.com

Caroline H. Bullerjahn
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1359
CBullerjahn@goodwinlaw.com

*Attorneys for Defendants Cowen and
Company, LLC, BMO Nesbitt Burns Inc.,
RBC Dominion Securities Inc., Barclays
Capital Canada Inc., CIBC World
Markets Inc., and Scotia Capital Inc.*

**SO ORDERED**

Dated: _October 23, 2019_

**SHEARMAN & STERLING LLP**

/s/ _Adam S. Hakki_
Adam S. Hakki
Jeffrey D. Hoschander
Mary C. Pennisi
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
ahakki@shearman.com
jeff.hoschander@shearman.com
mary.pennisi@shearman.com

*Attorneys for Defendants Sundial Growers
Inc., Torsten Kuenzlen, James Keough,
Edward Hellard, Greg Mills, Gregory
Turnbull, Lee Tamkee, Elizabeth Cannon,
and Donald J. Puglisi*

_[signature]_
J.S.C.

**BARRY R. OSTRAGER**
**JSC**

The Clerk is directed to consolidate the
papers in the three actions under
Index No. 655178/19 and to amend the
caption pursuant to ¶ 1 above.