UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
 IN RE SUNDIAL GROWERS INC.                    Master File No. No. 1:19-cv-08913-ALC
 SECURITIES LITIGATION

                                               **DECLARATION OF**
                                               **ADAM M. APTON**


---------------------------------------------------------X


I, ADAM M. APTON, hereby declare:

1.      I am a partner with the law firm of Levi & Korsinsky, LLP, attorneys for Co-Lead Plaintiffs in the above-referenced action. I respectfully submit this declaration in opposition to Defendants' motion to dismiss. I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

1.      Attached hereto as Exhibit A is a true and correct copy of the operative complaint in the action against Sundial Growers Inc. filed in New York State Supreme Court, County of New York, styled *In re Sundial Growers Inc. Securities Litigation*, Index No. 655178/2019.

2.      Attached hereto as Exhibit B is a true and correct copy of Co-Lead Plaintiff's 0998735 BC LTD's transaction history in Sundial Growers Inc. stock. The document is partially redacted to hide sensitive financial information.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on
 June 23, 2020 in Washington, D.C.


                                            /s/ *Adam M. Apton*
                                           Adam M. Apton

-1-