# EXHIBIT B

Account Details - Scotia McLeod

# Scotiabank.



LONG - 467- ███ Margin

| Filter By: | Transaction History ▾ | 45d | 3m | 1y | YTD | 2019 |

**Date Range:** From 06/24/2013  To 06/19/2020  **Symbol:** SNDL

**Transaction Type:**

☑ All  ☐ Cash Dividends  ☐ Deposits/Withdrawals  ☐ Other
☐ Buy  ☐ Interest  ☐ Fees
☐ Sell  ☐ Corporate Actions  ☐ Tax

**Security Type:**

☑ All  ☐ Mutual Funds
☐ Equities  ☐ Fixed Income
☐ Options

**Account Currency:**

☑ All  ☐ Other
☐ CAD
☐ USD

## History

| Description | Symbol | Transaction Date | Settlement Date | Account Currency | Type | Quantity | Price | Settlement Amount |
|---|---|---|---|---|---|---|---|---|
| SUNDIAL GROWERS INC COM null | SNDL | Aug. 13, 2019 | Aug. 13, 2019 | USD | RECEIVE | 1,000 | ~~0.000~~ 3.00 | -13,000.00 |
| SUNDIAL GROWERS INC COM null | SNDL | Aug. 9, 2019 | Aug. 9, 2019 | USD | RECEIVE | 200 | ~~0.000~~ 3.00 | -2,600.00 |
| SUNDIAL GROWERS INC COM null | SNDL | Aug. 9, 2019 | Aug. 9, 2019 | USD | RECEIVE | 300 | ~~0.000~~ 3.00 | -3,900.00 |
| SUNDIAL GROWERS INC COM null | SNDL | Aug. 9, 2019 | Aug. 9, 2019 | USD | RECEIVE | 1,800 | ~~0.000~~ 3.00 | -23,400.00 |
| SUNDIAL GROWERS INC COM REC FROM DOMA KM | SNDL | Aug. 6, 2019 | Aug. 6, 2019 | USD | RECEIVE | 8,000 | ~~0.000~~ 3.00 | -104,000.00 |
| SUNDIAL GROWERS INC COM | SNDL | Aug. 1, 2019 | Aug. 6, 2019 | USD | BUY | 1,100 | 13.000 | -14,300.00 |

— HAVE PROOF —

## Additional details you may need:

⊟ Indicates a PDF trade confirmation or mutual fund prospectus. Click on an icon to view the document

Trade Confirmation and Mutual Fund Prospectus documents are available after January 24, 2009

This information can be affected by delayed or erroneous postings and by pending corrective entries. It is provided as a reference only and must not be relied on for any purpose, including tax performance measurement. Refer to the full disclaimer for more information.

Currency conversion done on this page uses indicative F/X rates that may not match the rates used for statement valuations or the final F/X rate applied to any transactions.

® Registered trademark of The Bank of Nova Scotia, used under licence. ™ Trademark of The Bank of Nova Scotia, used under licence. Scotia Wealth Management™ consists of a range of financial services provided by The Bank of Nova Scotia (Scotiabank®); The Bank of Nova Scotia Trust Company (Scotiatrust®); Private Investment Counsel, a service of 1832 Asset Management L.P.; 1832 Asset Management U.S. Inc.; Scotia Wealth Insurance Services Inc.; and ScotiaMcLeod®, a division of Scotia Capital Inc. Private banking services are provided by The Bank of Nova Scotia. Estate and trust services are provided by The Bank of Nova Scotia Trust Company. Portfolio management and family office services are provided by 1832 Asset Management L.P. and 1832 Asset Management U.S. Inc. Insurance services are provided by Scotia Wealth Insurance Services Inc. Wealth advisory and brokerage services are provided by ScotiaMcLeod, a division of Scotia Capital Inc. International investment advisory services are provided by Scotia Capital Inc. Scotia Capital Inc. is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada.

Account Details:Transaction History:Scotia McLeod:P0BCEF14F