**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUN, A SERIES OF E SQUARED INVESTMENT FUND, LLC, E-SQUARED CAPITAL FUND, L.P., S.H.N FINANCIAL INVESTMENTS LTD., FLAMINGO DRIVE M&M, LLC AND STABLE ROAD CAPITAL, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>SUNDIAL GROWERS INC., EDWARD HELLARD, TORSTEN KUENZLEN, GREGORY TURNBULL, LEE TAMKEE, ELIZABETH CANNON<br><br>*Defendants.* | Civil Action No. 1:20-cv-03579-ALC<br><br>This action is related to Civil Action No. 1:19-cv-08913-ALC |

**STIPULATION AND          ORDER**

Plaintiffs SUN, A Series of E Squared Investment Fund, LLC, E-Squared Capital Fund, L.P., S.H.N Financial Investments Ltd., Flamingo Drive M&M, LLC and Stable Road Capital, LLC (collectively, "Plaintiffs"), along with defendants Sundial Growers Inc. ("Sundial"), Torsten Kuenzlen and Edward Hellard (collectively "Defendants," and with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the Order below, approving this Stipulation:

WHEREAS, Plaintiffs filed a Complaint on May 7, 2020, and a corrected Complaint on May 11, 2020 (the "Complaint");

WHEREAS, the above-captioned action (the "Action") asserts claims allegedly arising under the Securities Act of 1933 and the Securities Exchange Act of 1934, and is thus governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

WHEREAS, on May 8, 2020, before this case was transferred to the Honorable Andrew L. Carter, Jr. as a case related to *In re Sundial Growers Inc. Securities Litigation*, 1:19-cv-08913-ALC, the Honorable Judge Valerie Caproni issued a Notice of Initial Pretrial Conference, setting a teleconference for June 19, 2020, along with deadlines for related submissions (the "Notice of Initial Pretrial Conference");

WHEREAS, there is a statutory stay of discovery in the Action pursuant to the PSLRA, 15 U.S.C. § 77z-1(b), 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by the Parties to the Action and the Court, the Parties have agreed to the schedule reflected below, subject to the approval of the Court;

WHEREAS, Plaintiffs hereby voluntarily and without prejudice dismiss this litigation as against Gregory Turnbull, Lee Tamkee and Elizabeth Cannon; and

WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the Parties, including without limitation as to personal jurisdiction, forum, and venue;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, and ORDERED, subject to approval of the Court, as follows:

1) The Action is dismissed in its entirety, without prejudice, as against Gregory Turnbull, Lee Tamkee and Elizabeth Cannon.

2) The caption of this Action is amended to state as follows:

| | |
|---|---|
| SUN, A SERIES OF E SQUARED INVESTMENT FUND, LLC, E-SQUARED CAPITAL FUND, L.P., S.H.N FINANCIAL INVESTMENTS LTD., FLAMINGO DRIVE M&M, LLC AND STABLE ROAD CAPITAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNDIAL GROWERS INC., EDWARD HELLARD, AND TORSTEN KUENZLEN,<br><br>Defendants. | Civil Action No. 1:20-cv-03579-ALC |

3) Undersigned counsel for Defendants Sundial, Hellard and Kuenzlen are authorized to waive, and have waived, service of the Complaint on behalf of Defendants Sundial, Hellard and Kuenzlen without prejudice and without waiver of any available rights or defenses, objections, or arguments, including without limitation as to personal jurisdiction, forum, and venue in this Action or any other matter.

4) Defendants shall not be required to answer or otherwise respond, and are hereby expressly relieved from answering or otherwise responding, to the Complaint except in accordance with the schedule set forth below.

   a) Defendants shall file any request for a pre-motion conference in connection with their currently anticipated motion to dismiss in accordance with Rule 2.A of this Court's Individual Practices within 21 days after entry of this Order.

   b) Plaintiffs shall file their response to Defendants' pre-motion conference letter within 3 business days in accordance with Rule 2.A.

~~c)  If, in their response letter or at the pre-motion conference, Plaintiffs notify the Court and Defendants that Plaintiffs will not file an amended complaint, then Defendants shall file an answer, move, or otherwise seek relief or respond to the Complaint within 28 days after such notification from Plaintiffs.~~

~~d)  If, in their response letter or at the pre-motion conference, Plaintiffs notify the Court and Defendants that Plaintiffs will file an amended complaint, then (a) Plaintiffs shall file that amended complaint within 21 days, and (b) Defendants shall file an answer, move or otherwise seek relief or respond to the amended complaint within 35 days after service of the amended complaint.~~

~~e)  Plaintiffs shall file their opposition to any motion to dismiss within 35 days after the filing of such motion.~~

~~f)  Defendants shall file their reply in further support of any motion to dismiss within 21 days after the filing of Plaintiffs' opposition.~~

5) This Stipulation and Order adjourns and supersedes any other preliminary conference and related deadlines, including all deadlines included the Notice of Initial Pretrial Conference issued by the Honorable Judge Valerie E. Caproni on May 8, 2020.

There have been no prior requests for an extension of time made in this matter.

Stipulated and respectfully submitted this 18th day of June, 2020.

**DATED**:  June 18, 2020 **SHEARMAN & STERLING LLP**


By  /s/ Adam S. Hakki
Adam S. Hakki
(ahakki@shearman.com)
Jeffrey D. Hoschander
(jeff.hoschander@shearman.com)
Daniel Kahn
(daniel.kahn@shearman.com)
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000

*Attorneys for Defendants Sundial Growers
Inc., Edward Hellard and Torsten Kuenzlen*



**DATED**:  June 18, 2020 **FEUERSTEIN KULICK LLP**


By  /s/ David Feuerstein (on consent)[1]
David Feuerstein
810 Seventh Avenue, FL 34
New York, New York 10019
(646) 768 – 0591
david@dfmklaw.com

*Attorneys for Plaintiffs SUN, A Series of E
Squared Investment Fund, LLC, E-Squared
Capital Fund, L.P., S.H.N Financial
Investments Ltd., Flamingo Drive M&M, LLC
and Stable Road Capital, LLC*


SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated:  November 12, 2020

---

[1]  Electronic signature provided with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.