USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 03/29/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE SUNDIAL GROWERS INC.**
**SECURITIES LITIGATION**

1:19-cv-08913 (ALC)

**ORDER SETTING**
**CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a status conference in this case on March 30, 2021 at 10:30 a.m. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: March 29, 2021**
         **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**