USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 03/30/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE SUNDIAL GROWERS INC.**
**SECURITIES LITIGATION**

**1:19-cv-08913 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

In accordance with today's conference, Defendants' motion to dismiss is **DENIED**, except as to Plaintiffs' Section 12(a)(2) claim against Sundial Growers Inc., which is deemed abandoned and is therefore **DISMISSED**.

The Clerk of Court is respectfully directed to terminate ECF No. 69.

**SO ORDERED.**

**Dated:** **March 30, 2021**
**New York, New York**

                                                                        _____
                                                                        **ANDREW L. CARTER, JR.**
                                                                        **United States District Judge**