**SHEARMAN & STERLING LLP**

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

ahakki@shearman.com  August 27, 2021
212.848.4924

<u>Via ECF</u>

| | |
|---|---|
| Honorable Andrew L. Carter, Jr. | Honorable Sarah Netburn |
| U.S. District Judge | U.S. Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| 40 Foley Square, Room 435 | 40 Foley Square, Room 430 |
| New York, New York 10007 | New York, New York 10007 |

Re: *In re Sundial Growers Inc. Securities Litigation*, Master File No. 1:19-cv-08913-ALC-SN

Dear Judge Carter and Judge Netburn:

    We write on behalf of all parties in the above-referenced action to inform the Court that the parties have reached an agreement in principle to settle this action.[1]  The parties are working diligently to memorialize the settlement and expect to file preliminary approval papers by October 29, 2021.  The parties will update the Court by that date if they are unable to file the preliminary approval papers before then.

    Accordingly, the parties respectfully request that the Court enter a stay of the action and all deadlines, except proceedings related to the settlement and its approval.

    We are available if the Court has any questions.

Respectfully submitted,

*/s/ Adam S. Hakki*

Adam S. Hakki

cc:     Counsel of Record (via ECF)

---

[1] We represent defendant Sundial Growers Inc. and the individual defendants Torsten Kuenzlen, James Keough, Edward Hellard, Greg Mills, Gregory Turnbull, Lee Tamkee, and Elizabeth Cannon.

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.