

Leah Heifetz-Li<br>lheifetz@rosenlegal.com

November 18, 2021

**VIA ECF**
Honorable Andrew L. Carter, Jr.
U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

    Re:    *In re Sundial Growers Inc. Securities Litigation*,
                Master File No. 1:19-cv-08913-ALC-SN

Your Honor:

    We represent Plaintiffs in this action. We write on behalf of all parties in the action to provide the Court with a joint status report regarding the agreement in principle to settle this action. On October 29, 2021, we informed the Court that we would either file preliminary approval papers or update the Court by November 18, 2021. (ECF No. 95.) The parties are continuing to work diligently to memorialize the settlement. Plaintiffs expect to move for preliminary approval by November 30, 2021.

    We are available if the Court has any questions.

                                                                     Respectfully submitted,

                                                                       */s/ Leah Heifetz-Li*
                                                                       Leah Heifetz-Li

cc:    Counsel of Record (via ECF)