# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION | File No. 1:19-cv-08913-ALC<br><br>This Document Relates To:<br>All Actions |

## NOTICE OF MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES

PLEASE TAKE NOTICE that Lead Plaintiffs 0998735 BC LTD and David Draiman ("Plaintiffs"), individually and on behalf of all others similarly situated, will hereby move this Court on a date and at such time as may be designated by the Honorable Andrew L. Carter, Jr., United States District Judge of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10017 for entry of an Order: (1) preliminarily certifying the Settlement Class for the purposes of settlement; (2) preliminarily approving the terms of the Settlement as set forth in the Stipulation of Settlement ("Stipulation"), filed concurrently herewith; (3) approving the form and method for providing notice of the Settlement; and (4) scheduling a Settlement Approval Hearing and deadlines for mailing and publication of the Notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Plaintiffs' motion for Final Approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses.

Dated: December 3, 2021                                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg
Leah Heifetz-Li
101 Greenwood Avenue
Suite 440
Jenkintown, PA 19046
Tel:     (215) 686-2817
Fax:    (212) 202-3827
Email: jgoldberg@rosenlegal.com
           lheifetz@rosenlegal.com

              and

**LEVI & KORSINSKY, LLP**
Adam M. Apton
Nicholas I. Porritt
55 Broadway, 10th Floor
New York, NY 10006
Tel :    212-363-7500
Fax :   212-363-7171
Email: nporritt@zlk.com
           aapton@zlk.com

Elizabeth K. Tripodi
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Tel:     (202) 524-4290
Fax :   (212) 363-7171
Email: etripodi@zlk.com

*Co-Lead Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2021, I served a true and accurate copy of the foregoing by electronic mail upon all counsel of record.

*Leah Heifetz-Li*
Leah Heifetz-Li
