**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION | Master File No. 1:19-cv-08913-ALC<br><br>This Document Relates To:<br>All Actions |

**DECLARATION OF DANIEL KAHN REGARDING COMPLIANCE**
**WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715**

I, Daniel Kahn, hereby declare as follows:

1.      I am an attorney admitted to practice law in New York.  I am an associate at the law firm of Shearman & Sterling LLP, counsel of record for Defendants Sundial Growers Inc., Torsten Kuenzlen, James Keough, Edward Hellard, Greg Mills, Gregory Turnbull, Lee Tamkee, and Elizabeth Cannon in the above-captioned matter.  I have personal knowledge of the matters stated herein.

2.      Pursuant to the Class Action Fairness Act, on December 9, 2021, I caused a letter containing the information and documents required by 28 U.S.C. § 1715(b) to be sent via first-class mail to the appropriate State and Federal officials, as defined in 28 U.S.C. § 1715(a).

3.      A true and correct copy of that December 9, 2021 letter, without the court documents filed in this action that were enclosed with the letter, is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2022, in New York, New York.

*/s/ Daniel Kahn*
Daniel Kahn
