# EXHIBIT 1

# SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

ahakki@shearman.com                                                December 9, 2021
212.848.4924

Hon. Merrick B. Garland
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

And Those on the Attached Distribution List

Re:  *In re Sundial Growers Inc. Securities Litigation*, Master File No. 1:19-cv-08913-ALC-SN

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, you are hereby notified of a proposed class action settlement in the above-captioned consolidated action (the "Action") currently pending before the United States District Court for the Southern District of New York (the "Court").

This notice is provided on behalf of all defendants in the Action: Sundial Growers Inc. ("Sundial"); the individual defendants (Torsten Kuenzlen, James Keough, Edward Hellard, Greg Mills, Gregory Turnbull, Lee Tamkee, and Elizabeth Cannon); and the underwriter defendants (Cowen and Company, LLC, BMO Nesbitt Burns Inc., RBC Dominion Securities Inc., Barclays Capital Canada Inc., CIBC World Markets Inc., and Scotia Capital Inc.).  This firm represents Sundial Growers Inc. and the individual defendants.  Goodwin Procter LLP represents the underwriter defendants.  This notice and the accompanying materials are intended to satisfy any and all notification obligations that the defendants have pursuant to CAFA with respect to the settlement of the Action.

Pursuant to 28 U.S.C § 1715(b), enclosed herewith is a CD containing the documents referenced below.

1.  *A copy of the complaint and any materials filed with the complaint and any amended complaints (28 U.S.C. § 1715 (b)(1))*:

   On September 25, 2019, plaintiff Yimin Huang filed a putative class action complaint asserting purported claims under the Securities Act of 1933 captioned *Huang v. Sundial Growers Inc., et. al.*, 19-cv-08913 ("Huang Action").  On November 1, 2019, Daniel Gulacsy filed a similar putative class action complaint, in a case captioned *Gulacsy v. Sundial Growers Inc., et. al.*, 19-cv-10157 ("Gulacsy Action").  On December 20, 2019, the Court consolidated the Huang Action and the Gulacsy Action into the Action.  On February 18, 2020, lead plaintiffs David Draiman and 0998735 BC LTD filed an

**SHEARMAN.COM**

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.

Amended Consolidated Complaint.  On April 30, 2020, lead plaintiffs filed the Second Amended Consolidated Complaint.  These complaints are included in the enclosed CD in the folder labeled Tab 1. These documents, as well as all other documents referenced in this letter, are also available on the Internet via the federal government's Pacer service at https://ecf.nysd.uscourts.gov/cgi-bin/login.pl. Additional information about Pacer may be found at http://www.pacer.gov.

2. *Notice of any scheduled judicial hearing in the class action (28 U.S. C. § 1715 (b)(2))*:

On December 3, 2021, lead plaintiffs filed a Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures (the "Preliminary Approval Motion").  The Court has not yet scheduled a hearing on the Preliminary Approval Motion.  The Preliminary Approval Motion, memorandum of law in support thereof, and accompanying declaration and exhibits are included on the enclosed CD as Tabs 2-7. The Stipulation and Agreement of Settlement ("Stipulation of Settlement") and exhibits thereto are included on the enclosed CD as Tabs 8-14. Subject to the approval of the Court, information regarding the settlement will also be made available at the direction of lead plaintiffs' counsel on a website maintained by the claims administrator, Strategic Claims Services, located at www.strategicclaims.net.

3. *Any proposed notification to class members of (a) the members' rights to request exclusion and (b) a proposed settlement of a class action (28 U.S.C. § 1715 (b)(3))*:

The proposed Notice of Pendency and Proposed Settlement of Class Action is included in the enclosed CD as Tab 10; the proposed Proof of Claim and Release Form is included in the enclosed CD as Tab 11; the proposed Summary Notice of Pendency and Proposed Class Action Settlement is included in the enclosed CD as Tab 12; and the proposed Postcard Notice is included in the enclosed CD as Tab 13.

4. *Any proposed class action settlement (28 U.S.C. § 1715(b)(4))*:

The Stipulation and Agreement of Settlement, as filed with the Court on December 3, 2021, is included on the enclosed CD as Tab 8.

5. *Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants (28 U.S. C. § 1715(b)(5))*:

As reflected in paragraph 10.5 of the Stipulation and Agreement of Settlement (Tab 8), the parties have entered into a confidential supplemental agreement regarding requests for exclusion (the "Supplemental Agreement") which gives defendants the right to terminate the settlement in the event that class members timely and validly requesting exclusion from the class reach a certain threshold.  The parties have agreed not to file this Supplemental Agreement with the Court unless and until a dispute among the parties concerning its interpretation or application arises and to otherwise keep its terms confidential.

6. *Any final judgment or notice of dismissal (28 U.S. C. § 1715(b)(6))*:

No final judgment or notice of dismissal has yet been entered.  A Proposed Order and Final Judgment, as filed with the Court on December 3, 2021, is included on the enclosed CD as Tab 14.

7. *(a) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (b) if not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement (28 U.S.C. § 1715 (b)(7))*:

As this is a securities litigation case, the proposed settlement class, subject to the approval of the Court, consists of all persons who purchased or acquired common stock in or pursuant and/or traceable to the offering documents issued in connection with Sundial's initial public offering.  Given the nature of the claims and the proposed settlement class, it is not feasible to provide the names of class members who reside in each state, nor is it feasible to provide the number of class members residing in each State or estimated proportionate share of the claims of such members to the entire settlement.  However, the Notice of Pendency and Proposed Settlement of Class Action (Tab 10) describes the Plan of Allocation proposed by counsel for lead plaintiffs and the settlement class, subject to the approval of the Court.

8. *Any written judicial opinion relating to the materials described under subparagraphs (3) through (6) above (28 U.S.C. § 1715(b)(8))*:

As of this date, no written judicial opinions exist relating to materials described under subparagraphs (3) through (6) above, all of which were filed with the Court on December 3, 2021.

This notice is being provided on behalf of all defendants.  If you have any questions about this notice, the settlement of the Action, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact defendants' counsel at the following addresses:

**Counsel for Sundial Growers Inc. and the Individual Defendants:**
Adam S. Hakki
Jeffrey D. Hoschander
Shearman & Sterling LLP
599 Lexington Ave,
New York, NY 10022

3

**Counsel for the Underwriter Defendants:**
Caroline Bullerjahn
Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210


Respectfully submitted,

Adam S. Hakki

Enclosures

4

DISTRIBUTION LIST

Steve Marshall
Attorney General of Alabama
501 Washington Avenue
Montgomery, AL 36104

Mark Brnovich
Attorney General of Arizona
2005 N Central Ave
Phoenix, AZ 85004-2926

CAFA Coordinator
Office of the California Attorney General
Consumer Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

William Tong
Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106

Kathy Jennings
Attorney General of Delaware
Carvel State Building
820 N. French St.
Wilmington, DE 19801

Christopher M. Carr
Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334

Lawrence G. Wasden
Attorney General of Idaho
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

Todd Rokita
Attorney General of Indiana
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Treg T. Taylor
Attorney General of Alaska
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501

Leslie Rutledge
Attorney General of Arkansas
323 Center Street, Suite 200
Little Rock, AR 72201

Phil Weiser
Attorney General of Colorado
Ralph L. Carr Colorado Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

Karl A. Racine
Attorney General of the District of Columbia
400 6th Street NW
Washington, D.C. 20001

Ashley Moody
Attorney General of Florida
PL-01 The Capitol
Tallahassee, FL 32399-1050

Clare E. Connors
Attorney General of Hawaii
425 Queen Street
Honolulu, HI 96813

Kwame Raoul
Attorney General of Illinois
100 West Randolph Street
Chicago, IL 60601

Tom Miller
Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA 50319

5

Derek Schmidt
Attorney General of Kansas
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612

Jeff Landry
Attorney General of Louisiana
1885 N. Third Street
P.O. Box 94005
Baton Rouge, LA 70804

Brian E. Frosh
Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202

Dana Nessel
Attorney General of Michigan
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909

Lynn Fitch
Attorney General of Mississippi
P.O. Box 220
Jackson, MS 39205

Austin Knudsen
Justice Building, Third Floor
Attorney General of Montana
215 N Sanders St.
P.O Box 201401
Helena, MT 59601

Aaron D. Ford
Attorney General of Nevada
100 North Carson Street
Carson City, NV 89701

Daniel Cameron
Attorney General of Kentucky
700 Capital Avenue, Suite 118
Frankfort, KY 40601

Aaron Frey
Attorney General of Maine
6 State House Station
Augusta, ME 04333

Maura Healy
Attorney General of Massachusetts
ATTN: CAFA Coordinator/General
Counsel's Office
One Ashburton Place
Boston, MA 02108

Keith Ellison
Attorney General of Minnesota
445 Minnesota Street
Suite 1400
St. Paul, MN 55101-2131

Eric Schmitt
Attorney General of Missouri
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102

Doug Peterson
Attorney General of Nebraska
2115 State Capitol
PO Box 98920
Lincoln, NE 68509

John M. Formella
Attorney General of New Hampshire
NH Department of Justice
33 Capitol Street
Concord, NH 03301

6

Andrew J. Bruck
Acting Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 080
Trenton, NJ 08625-0080

CAFA Coordinator
Office of the Attorney General
28 Liberty Street, 15th Floor
New York, NY 10005

Wayne Stenehjem
Attorney General of North Dakota
600 East Boulevard Avenue, Department 125
Bismarck, ND 58505-0040

John M. O'Connor
Attorney General of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105

Josh Shapiro
Attorney General of Pennsylvania
16th Floor, Strawberry Square
Harrisburg, PA 17120

The Honorable Alan Wilson
Attorney General of South Carolina
P.O. Box 11549
Columbia, S.C. 29211

Herbert Slatery III
Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Sean D. Reyes
Attorney General of Utah
Utah State Capitol Complex
350 North State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320

Hector Balderas
Attorney General of New Mexico
Villagra Building
408 Galisteo Street
Santa Fe, NM 87501

Josh Stein
Attorney General of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001

Dave Yost
Attorney General of Ohio
30 E. Broad St., 14th Floor
Columbus, OH 43215

Ellen F. Rosenblum
Attorney General of Oregon
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096

Peter F. Neronha
Attorney General of Rhode Island
150 South Main Street
Providence, RI 02903

Jason R. Ravnsborg
Attorney General of South Dakota
1302 E Hwy 14, Suite 1
Pierre SD 57501-8501

Ken Paxton
Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548

T.J. Donovan
Attorney General of Vermont
109 State Street
Montpelier, VT 05609

7

Mark R. Herring
Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219

Patrick Morrisey
Attorney General of West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305

Bridget Hill
Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002

Leevin Taitano Camacho
Attorney General of Guam
ITC Building
590 S. Marine Corps Dr.
Suite 901
Tamuning, Guam 96913

Domingo Emanuelli Hernández
Attorney General of Puerto Rico
PO Box 9020192
San Juan, PR, 00902-0192

Bob Ferguson
Attorney General of Washington
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504-0100

Josh Kaul
Attorney General of Wisconsin
PO Box 7857
Madison, WI 53707-7857

Fainu'ulelei Falefatu Ala'ilima-Utu
Attorney General of American Samoa
Department of Legal Affairs
Executive Office Bldg. 3rd Floor
P.O. Box 7
Utulei, American Samoa 96799

Edward E. Manibusan
Attorney General of the Northern Mariana
Islands
Caller Box 10007
Saipan, MP 96950

Denise N. George
Attorney General of the U.S. Virgin Islands
34-38 Kronprindsens Gade,
GERS Building, 2nd Floor
St. Thomas, VI 00802

8