**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION | Master File No. 1:19-cv-08913-ALC<br><br>This Document Relates To:<br>All Actions |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement dated June 23, 2022 ("Preliminary Approval Order") (ECF No. 105), on October 12, 2022 at 12:00 p.m., or as soon thereafter as counsel may be heard, at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007, before the Honorable Andrew L. Carter Jr., United States District Judge, Lead Plaintiffs 998735 BC LTD and David Draiman ("Plaintiffs"), on behalf of themselves and all members of the proposed Settlement Class, through their undersigned counsel, will respectfully move for final approval of the class action Settlement and Plan of Allocation of Settlement proceeds.

Plaintiffs are contemporaneously filing herewith: (i) a memorandum of law in support; (ii) the Declaration of Jacob A. Goldberg in Support of the Motions for: (1) Final Approval of Proposed Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs, and the exhibits thereto; and (iii) all other pleadings and matters of record and such additional evidence or arguments as may be presented at the hearing.

The [Proposed] Order and Judgment, negotiated by the Parties and previously attached as Exhibit B to the Stipulation of Settlement (ECF No. 101-6), has been submitted herewith.

Dated: September 14, 2022

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton
Nicholas I. Porritt
55 Broadway, 10th Floor
New York, NY 10006
Tel : 212-363-7500
Fax : 212-363-7171
Email: nporritt@zlk.com
Email: aapton@zlk.com

Elizabeth K. Tripodi
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290
Fax : 212-363-7171
Email: etripodi@zlk.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg
Leah Heifetz-Li
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (215) 686-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
Email: lheifetz@rosenlegal.com
***Co-Lead Counsel for Plaintiffs and the Class***

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg
