# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Sundial Growers Inc. Securities Litigation | File No. 1:19-cv-08913-ALC<br><br>**Declaration of Adam M. Apton Concerning Attorney's Fees and Expenses** |

I, Adam M. Apton, declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner in the firm of Levi & Korsinsky LLP ("Levi & Korsinsky"), one of the firms appointed co-lead counsel in the above-captioned litigation and have represented Plaintiffs throughout this litigation. I have personal knowledge of the facts asserted herein.

2.      A copy of the Levi & Korsinsky' s resume is attached to the Declaration of Jacob A. Goldberg as Exhibit 7.

3.      Levi & Korsinsky has been involved in this Action since November 2019 and through the preparation of these final approval papers. We actively engaged in the prosecution of the Action, including investigating the relevant facts, drafting an initial complaint and two amended complaints, successfully opposing Defendants' motion to dismiss, and negotiating the Settlement.

4.      The chart below summarizes the hours, rate, and lodestar of each Levi & Korsinsky attorney and professional staff who worked on this matter.

5.      The total number of hours spent on the litigation of the Action by my firm through today's date is 309.65. The total lodestar amount for attorney time based on the firm's current rates is $229,713.57. A breakdown of the lodestar is set forth in the chart below:

1

**Total Hours and Lodestar**

| NAME AND STATUS | TOTAL HOURS | RATE | TOTAL LODESTAR |
|---|---|---|---|
| Nicholas Porritt (P) | 24.75 | $1000 | $24,750.00 |
| Adam Apton (P) | 78.75 | $900 | $70,875.00 |
| Elizabeth Tripodi (P) | 77.25 | $900 | $69,525.00 |
| Alexander A. Krot (A) | 8.75 | $675 | $5,906.25 |
| Kathy Ames Valdivieso (A) | 11.25 | $475 | $5,343.75 |
| Max Weiss (A) | 102.05 | $500 | $51,025.00 |
| Zac Gazzard (S) | 1.25 | $375 | $468.75 |
| Amaranta Elder (S) | 3 | $325 | $975.00 |
| Jenn Tash (S) | 2.10 | $325 | $682.50 |
| Bianca Budhai (S) | .5 | $325 | $162.50 |
| **Total:** | **309.65** | | **$229,713.75** |

(P) - Partner; (A) – Associate; (S) –Staff

6.      My firm incurred a total of **$14,643.63** in unreimbursed expenses in connection with the prosecution of this litigation, including anticipated expenses associated with this Motion. They are broken down as follows:

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Legal Research Fees | $195.00 |
| Mediation Fee | $7500.00 |
| Financial Expert Fees | $3726.00 |
| Travel/Transportation/Hotels/Meals[1] | $300 |
| Press Releases and Notice to Class Members | $3,022.63 |
| **Total:** | **$14,743.63** |

7.      The expenses incurred are reflected in the books and records contemporaneously prepared by the firm. These books and records are prepared from expense vouchers, invoices, and other billing records, and are an accurate record of the expenses incurred. I have reviewed the expenses for which reimbursement is sought and confirmed that they were reasonably necessary for the effective and efficient prosecution and resolution of the litigation and reasonable in amount.

---

[1] The travel fee includes a provisional amount for travel to the final approval hearing.

The expenses are all a type that would normally be charged to a fee-paying client in the private legal marketplace.

8.     My firm's compensation for services rendered and out-of-pocket expenses incurred in this case was and is entirely contingent on the success of the prosecution of the Action, and on the Court's approval of the fee and expense application. None of the attorneys' fees and expenses submitted to this Court has been paid from any source or has been the subject of any prior request or prior award in any litigation or other proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2022

*s/* Adam M. Apton _____
Adam M. Apton, Esq.

3

4