# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION | File No. 1:19-cv-08913-ALC<br><br>**DECLARATION OF**<br>**DAVID DRAIMAN** |

I, DAVID DRAIMAN, declare as follows:

1.      I respectfully submit this declaration in support of Plaintiffs' Motion for Final Approval of Settlement and Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      In support of Plaintiffs' Motion to Consolidate Cases, Appointment of Class Representatives, and Appointment of Class Counsel, I submitted a declaration to the Court certifying that: I have reviewed a complaint filed in the action; I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action; I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary, my transactions in Sundial Growers Inc.; within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case; and I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

3.      Since filing this action back in September 2019, I have remained engaged and kept

1

up to date with the various proceedings by staying in communication with my attorneys at Levi & Korsinsky, LLP and The Rosen Law Firm. I have reviewed filings, including the complaints and motions. I also consulted with counsel regarding the mediation and settlement that led to the proposed resolution of this action.

4.      I am in favor of settling this case for $7,000,000. Given my familiarity with the issues in the case and the negotiations that took place during the mediation, the settlement presents an excellent outcome in my opinion. It will return a significant amount of money to investors that lost money because of the alleged fraud concerning misrepresentations and omissions in Sundial's IPO Offering Documents, concerning revenue estimates and large product returns.  I, of course, am included amongst those investors and welcome the opportunity to put this matter to rest after over two years of litigation and considering Sundial's financial position. The Court should grant Plaintiffs' motion and approve the settlement.

5.      My attorneys at Levi & Korsinsky and The Rosen Law Firm are requesting an award for attorneys' fees and reimbursement of expenses. This award will compensate the firm for its time under our contingency fee arrangement. I understand that they are seeking a fee equal to one-third of the settlement plus reimbursement of expenses. Given the result they obtained, I think their request is entirely fair and well-deserved.

6.      I also support the requested service awards in the amount of $20,000 ($10,000 each to me and my co-lead plaintiff) for our representation of the Settlement Class. My effort in overseeing the case helped in part to achieve the result obtained for the class. Therefore, I respectfully request the service award which I believe fairly approximates the time and effort I spent serving as a lead plaintiff in this action from my initial involvement through the present date, which was time and effort I could have spent on my day-to-day career as a professional musician.

3

I declare under penalty of perjury that the foregoing is true and correct. Executed this <u>Sep 8, 2022</u> day of September 2022.

David Draiman

—————————————————————

DAVID DRAIMAN

Signature: _DAVID DRAIMAN (Sep 8, 2022 14:24 EDT)_

Email:  dmdraiman@icloud.com

Signature:

Email:  todd@blvdmgmt.com

3