**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION | Master File No. 1:19-cv-08913-ALC<br><br>This Document Relates To:<br><br>All Actions |

**SUPPLEMENTAL DECLARATION OF JACOB A. GOLDBERG IN
SUPPORT OF (1) FINAL APPROVAL OF PROPOSED CLASS ACTION
SETTLEMENT; AND (2) AWARD OF ATTORNEYS' FEES, REIMBURSEMENT
OF EXPENSES, AND AWARD TO PLAINTIFFS**

I, Jacob A. Goldberg, declare the following to the best of my knowledge pursuant to 28 U.S.C. §1746:[1]

1.      I am an attorney duly licensed to practice law in New York and before this Court. I am a partner of the law firm of The Rosen Law Firm, P.A. ("Rosen Law"), together with Levi & Korsinsky, LLP ("Levi & Korsinsky") court-appointed Lead Counsel for Lead Plaintiffs 998735 BC LTD and David Draiman (collectively, "Lead Plaintiffs" or "Plaintiffs") and the Settlement Class in this litigation ("Action"). I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      In my Declaration filed on September 14, 2022 (ECF No. 111), I stated that Plaintiffs would supplement their filing to add Exhibit 4, a true and correct copy of the Declaration of Trista Maldonado, the Owner/Director of Lead Plaintiff 0998735 BC LTD ("Maldonado Declaration"). ¶9.

_____

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the Stipulation of Settlement dated December 2, 2021 and filed December 3, 2021. (ECF No. 101.)

3.       Attached hereto is <u>Exhibit 4</u> to my September 14, 2022, declaration, the Maldonado

Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of September 2022, in Jenkintown, Pennsylvania.

<u>/s/  *Jacob A. Goldberg*</u>
Jacob A. Goldberg
