# EXHIBIT 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION

File No. 1:19-cv-08913-ALC

**DECLARATION OF TRISTA MALDONADO IN SUPPORT OF UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT**

I, TRISTA MALDONADO, declare as follows:

1.      I am the Owner/Director of Plaintiff 0998735 BC LTD, one of the Lead Plaintiffs in this Action, along with David Draiman.

2.      I respectfully submit this declaration in support of: (i) Lead Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (ii) Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses, including the request of a service award in the amount of $10,000 to me for my representation of the Settlement Class in this Action. I have personal knowledge of the matters set forth in this Declaration, and I could and would testify competently to these matters.

3.      I have been involved in this Action since I moved to serve as Lead Plaintiff on November 25, 2019.

4.      I have worked with Lead Counsel regarding all aspects of the litigation and resolution of this case. I have been in regular contact with Lead Counsel to monitor and contribute to the successful prosecution of this Action, and I received regular status reports from Plaintiffs' Counsel on case developments. I always made myself available to Plaintiffs' Counsel. The various tasks I have performed include, but are not limited to:

1

a.      participating in the preparation of the motion and supporting documents to request my appointment as Lead Plaintiff;

b.      being informed of or reviewing the pleadings and motions in this matter including providing my transaction documents to Counsel;

c.      consulting with Lead Counsel and approving the Settlement.

5.      I have done my best to promote the interests of the Settlement Class and to obtain the best recovery possible under the circumstances. Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the risks of continued litigation. It will return a significant amount of money to investors that lost money because of the alleged misrepresentations and omissions in Sundial's IPO Offering Documents.

6.      While I understand that the ultimate determination of Lead Counsel's request for an award of attorneys' fees and litigation expenses rests with the Court, I believe that Lead Counsel's requested fee of one third of the Settlement Amount, plus interest, and requested expense reimbursement is fair and reasonable in light of the work performed on behalf of the Settlement Class.

7.      In sum, I respectfully request that the court approve the Settlement; approve a service award for me and my Co-Lead Plaintiff for the time that we spent on this case and representing the Class; and approve Lead Counsel's request for attorneys' fees.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  9/18/2022
_____

DocuSigned by:

**Trista Maldonado**
FDA858B0A1C7420...
Trista Maldonado
0998735 BC LTD, Owner/Director

2