# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION | Master File No. 1:19-cv-08913-ALC<br><br>This Document Relates To:<br>All Actions |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA**
**CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.      Pursuant to the Court's Order Granting Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dated June 23, 2022 (Dkt. No. 105, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claim in connection with the Settlement of the above-captioned action.[1] I submit this supplemental declaration  in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as other aspects of the Settlement administration process.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated December 2, 2021 (Dkt. No. 101).

3.    As noted in the Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated September 14, 2022 (Dkt. No. 111-1, the "Initial Mailing Declaration"), SCS mailed or e-mailed 1,924 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 3,781[2] Postcard Notices to potential Settlement Class Members or nominees, and SCS was notified by two nominees that they mailed 36 Postcard Notices to their customers.  Additionally, SCS was notified by a nominee that they emailed 848 of their clients to notify them of this settlement and provide a direct link to the Notice and Claim on the settlement webpage.  Since the Initial Mailing Declaration was filed, SCS mailed no additional Postcard Notices, and SCS has not been notified by any nominee that they emailed additional links to the Notice and Claims.  To date, a total of 4,665 potential Settlement Class Members were either mailed a Postcard Notice or emailed a direct link to the Notice and Claim.

4.    Since the Initial Mailing Declaration was filed, an additional 80 Postcard Notices were returned as undeliverable.  Of these, the United States Postal Services provided forwarding addresses for three, and SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 77 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 15 were re-mailed to updated addresses.

**UPDATE ON TOLL-FREE PHONE LINE**

5.    The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the

---

[2] Since the Initial Mailing Declaration was filed, SCS received 5 additional requests from potential Settlement Class Members to mail them the Notice and Claim.  SCS immediately mailed a Notice and Claim to these individuals/entities.

Settlement as well as request the Notice and Claim.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

**UPDATE ON SETTLEMENT WEBPAGE**

6.    As noted in the Initial Mailing Declaration, on July 5, 2022, SCS established a webpage on its website at www.strategicclaims.net/sundial/. The website is accessible 24 hours a day, 7 days a week. The webpage contained the current status; the case deadlines; the online claim filing link; and important case documents.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

7.    The Postcard Notice, Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed or delivered to SCS such that they were received no later than September 21, 2022. As of the date of this declaration, SCS has not received any requests for exclusion.

8.    According to the Notice and Summary Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs must be submitted to Lead Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than September 21, 2022.  As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objection was submitted.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of October 2022, in Media, Pennsylvania.

Josephine Bravata

3