```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE SUNDIAL GROWERS INC.**
**SECURITIES LITIGATION**

---

**ORDER**

**MASTER DOCKET**
**19-cv-08913-ALC**

This Document Relates To:

All Actions

**ANDREW L. CARTER, JR., United States District Judge:**

The Court granted Plaintiffs' motion for preliminary approval of settlement on June 23, 2022. On September 14, 2022, Plaintiffs filed a motion in support of final approval of settlement. The Court has received no objections to the settlement. Accordingly, the fairness hearing currently scheduled for October 12, 2022 is hereby **CANCELLED**.

**SO ORDERED.**

Dated:   October 5, 2022
         New York, New York

_____
 **ANDREW L. CARTER, JR.**
 **United States District Judge**