USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/6/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION | Master File No. 1:19-cv-08913-ALC<br><br>This Document Relates To:<br>All Actions |

**~~[PROPOSED]~~ ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS**

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Levi & Korskinsky, LLP ("Levi & Korsinsky") and The Rosen Law Firm, P.A. ("Rosen Law"), appointed by the Court as Lead Counsel for the purposes of the Settlement have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Plaintiffs and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, and Awards to Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement filed December 3, 2021 (the "Settlement Stipulation") (ECF No. 101); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the final approval hearing on October 12, 2022, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. Lead Counsel are awarded one-third (33⅓%) of the Settlement Amount, or $2,333,333.33, as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2. Lead Counsel shall be awarded expenses in the amount of $33,773.28.

3. Lead Plaintiff 998735 BC LTD shall be awarded $10,000 as an incentive award and reimbursement for his lost time and expenses in connection with its prosecution of this action.

4. Lead Plaintiff David Draiman shall be awarded $10,000 as an incentive award and reimbursement for his lost time and expenses in connection with his prosecution of this action.

5. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and Award to Plaintiffs shall be paid in the manner and procedure provided for in the Settlement Stipulation.

**IT IS SO ORDERED.**

Dated: October 6, 2022

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE