**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION | File No. 1:19-cv-08913-ALC<br><br>This Document Relates To:<br><br>All Actions |

**NOTICE OF MOTION AND MOTION FOR DISTRIBUTION
OF CLASS ACTION SETTLEMENT FUNDS**

**PLEASE TAKE NOTICE** that Lead Plaintiffs 998735 BC LTD and David Draiman (together, "Plaintiffs"), through Lead Counsel, hereby move this Court for entry of the accompanying [Proposed] Order Granting Motion for Distribution of Class Action Settlement Funds.

Plaintiffs base this Motion on this Notice of Motion; the Memorandum of Law in support hereof; the Declaration of Margery Craig Concerning the Results of the Claims Administration Process, and the Exhibits thereto; and all other pleadings and matters of record and such additional evidence or argument they may present at a hearing.

Plaintiffs submit the [Proposed] Order Granting Motion for Distribution of Class Action Settlement Funds herewith.

Dated: June 6, 2023

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton
Nicholas I. Porritt
55 Broadway, 10th Floor
New York, NY 10006
Tel : 212-363-7500
Fax : 212-363-7171
Email: nporritt@zlk.com
Email: aapton@zlk.com

Elizabeth K. Tripodi
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290
Fax : 212-363-7171
Email: etripodi@zlk.com

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Jacob A. Goldberg*
Jacob A. Goldberg
Leah Heifetz-Li
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Email: jgoldberg@rosenlegal.com
Email: lheifetz@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 6, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Leah Heifetz-Li*
Leah Heifetz-Li