**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION | Master File No. 1:19-cv-08913-ALC<br><br>This Document Relates To:<br>All Actions |

**DECLARATION OF MARGERY CRAIG**
**CONCERNING THE RESULTS OF THE CLAIMS**
**ADMINISTRATION PROCESS**

I, Margery Craig, declare:

1.      I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over fifteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred fifty (500) class action settlements since its inception.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify thereto.

**UPDATE ON THE NOTIFICATION PROCESS**

2.      Pursuant to the Court's Order Granting Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dated June 23, 2022 (Dkt. No. 105, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action.[1]

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated December 2, 2021 (Dkt. No. 101, the "Settlement Stipulation").

1

3.      As noted in the Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated September 14, 2022 (Dkt. No. 111-1, the "Craig Declaration") and the Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; and (B) Report on Requests for Exclusion and Objections, dated October 5, 2022 (Dkt. No. 113-1, the "Bravata Declaration") (collectively, the "Mailing Declarations"), SCS mailed or emailed 1,924 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 3,781 Postcard Notices to potential Settlement Class Members or nominees, and SCS was notified by two nominees that they mailed 36 Postcard Notices to their customers.  Additionally, as stated in the Mailing Declarations, SCS was notified by one of the nominees that they emailed 848 of their clients to notify them of this settlement and provided a direct link to the Notice and Claim on the settlement webpage. Since the Mailing Declarations were filed, no additional Postcard Notices were mailed, and no additional direct links to the Notice and Claim on the settlement webpage were emailed due to the responses from Nominee Account Holders and Institutional Groups.  In total, 4,665 potential Settlement Class Members were notified either by a mailed Postcard Notice or emailed a direct link to the Notice and Claim[2].

### UPDATE ON TOLL-FREE PHONE LINE

4.      The Mailing Declarations noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the

---

[2] The Mailing Declarations stated that SCS received 6 requests from potential Settlement Class Members for the Notice and Claim to be mailed to them, and SCS immediately mailed the Notice and Claims to those potential Settlement Class Members. Since the Mailing Declarations were filed, SCS has not received any additional request from potential Settlement Class Members for a Notice and Claim to be mailed.

Settlement. SCS continues to promptly respond to each telephone inquiry and will continue to respond to Settlement Class Members inquiries via the toll-free telephone number.

## UPDATE ON SETTLEMENT WEBPAGE

5.      The Mailing Declarations also noted that on July 5, 2022, SCS established a webpage on its website at www.strategicclaims.net/sundial/.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains a current status; relevant deadlines; the online claim filing link; and the important documents. SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information.

## STATUS OF CLAIMS PROCESSING

6.      Through November 4, 2022, 951 Claim Forms (hereafter referred to as "claims") were submitted in connection with this Settlement.[3]  SCS has carefully reviewed, analyzed, and processed all of these claims, and has responded to all claimant inquiries regarding the action, the Settlement and the procedures for filling out the Claim Forms.  SCS has also been in close contact with Lead Counsel to review the administration process.  SCS's Report of Claims Administrator is annexed hereto as **Exhibit A** and described below.

7.      The annexed Report of Claims Administrator sets forth the final status of claims submitted to SCS as follows:

a.      PROPERLY DOCUMENTED CLAIMS:  SCS  has  identified  668[4] properly documented valid claims.  These valid claims represent Recognized Losses of $69,906,953.24[4].  These valid claims were calculated in the manner set forth in the Court-

_____

[3] SCS has not processed any claims filed after November 4, 2022, or any responses to rejections received after April 27, 2023 due to extreme lateness and because their inclusion would have delayed the finalization of the administration.

[4] This amount includes Recognized Losses for timely filed, valid claims of $69,384,108.60 and Recognized Losses for late (but otherwise valid) claims of $522,844.64.

3

approved Plan of Allocation of the Net Settlement Fund ("Plan of Allocation"), included in the Notice.  **Exhibit B-1** is a spreadsheet of the 658 properly documented and timely submitted claims.  **Exhibit B-2** is a spreadsheet of the 10 claims submitted after the Court-approved claims filing deadline, October 5, 2022, but on or before November 4, 2022.

b.    INADEQUATELY DOCUMENTED CLAIMS:  SCS initially identified 46 inadequately documented claims.  SCS mailed or emailed inadequacy notices to each of these claimants, advising them of the nature of their inadequacy and providing them an opportunity to cure.  A sample inadequacy notice is annexed hereto as **Exhibit C**.  Among these 46 deficient claims, 34 have been successfully cured and are considered valid.  The remaining 12 inadequate claimants either did not respond to the inadequacy notice or responded with inadequate documentation and were sent a rejection notice setting forth the reason for their inadequacy.  To date, none of the 12 inadequate claimants has objected to or contested this determination.  *See* **Exhibit D** for a list of the inadequate, rejected claimants.

c.    INELIGIBLE CLAIMS:  In addition to the 12 claims discussed above in paragraph 7.b., SCS has identified 271 claims which we recommend for complete rejection. Included in this category are: (i) claims with no Recognized Losses; (ii) duplicate claims; (iii) claims withdrawn by filing entity; (iv) claims with common stock of Sundial Growers Inc. ("Sundial") that was not purchased in or pursuant and/or traceable to the offering documents issued in connection with Sundial's initial public stock offering on or about August 1, 2019 ("IPO"); (v) claims with shares sold short; (vi) claims with common stock of Sundial that were not purchased or otherwise acquired, but were received, granted by gift, inheritance, or operation of law; (vii) claims filed by excluded parties; and (viii) claim

4

filed by a fraudulent claimant. *See* **Exhibit E** for a list of these ineligible claims. We have communicated with these 271 claimants and advised them of our determination. A sample ineligibility notice is annexed hereto as **Exhibit F**. To date, none of these ineligible claimants has contested their determination.

8.      In anticipation of completing this administration, SCS respectfully requests that the Court reject as untimely any claims received after November 4, 2022, and any responses to deficiency and/or rejection notices received after April 27, 2023.

9.      Should the Court concur with SCS's administrative determinations concerning the claims recommended for acceptance and rejection, SCS recommends the following:

(a)      Per the Plan of Allocation, each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total of the Recognized Losses of all 658 Authorized Claimants and 10 late claims, if the late claims are deemed valid by the Court. No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

(b)      In order to encourage Authorized Claimants to cash their distribution checks promptly, and to avoid or reduce future expenses relating to unpaid distribution checks, all checks should bear the notation, "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE DATE." Similarly, all other checks issued in connection with subsequent distributions shall bear the same notation.

(c)      If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, any balance remaining in the Net

5

Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel.

(d)    Authorized Claimants who do not cash their distribution checks within the time allotted will irrevocably forfeit all recovery from the Settlement unless good cause is shown. The funds allocated to all such stale-dated checks will be available for re-distribution to other Authorized Claimants in subsequent distributions, if such distributions are determined to be economically feasible.

(e)    SCS respectfully requests the Court order that: (i) in no less than one (1) year after the distribution of the Net Settlement Fund, SCS may destroy the paper copies of the Claim Forms and all supporting documentation; and (ii) in no less than one (1) year after all funds have been distributed, SCS may destroy the electronic copies of the Claim Forms and all supporting documentation. This is the customary document retention period

6

SCS uses to prevent additional costs to the Settlement Class for storage expenses and related fees.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of June 2023, in Media, Pennsylvania.

Margery Craig

# EXHIBIT A

## REPORT OF THE CLAIMS ADMINISTRATOR

## SUNDIAL GROWERS INC. SECURITIES LITIGATION

TOTAL # OF CLAIMS…………………………………………………………    <u>951</u>

TOTAL # OF APPROVED VALID CLAIMS…………………………………    <u>668</u>

TOTAL # OF INELIGIBLE CLAIMS………………………………….....    <u>283</u>

   NO RECOGNIZED LOSSES..........................................145
   DUPLICATE CLAIMS ....................................................34
   CLAIM WITHDRAWN ...................................................30
   NOT TRACEABLE TO IPO ...........................................29
   SHARES SOLD SHORT.................................................17
   INADEQUATE DOCUMENTATION .............................12
   SHARES NOT PURCHASED ........................................12
   EXCLUDED PARTY…………………………………..3
   FRAUDULENT CLAIM.....................................................1

   TOTAL ........................................................................<u>283</u>

TOTAL RECOGNIZED LOSSES ...........................................................$69,906,953.24

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 1 | 3,776.25 |
| 2 | 61,337.00 |
| 3 | 7,390.00 |
| 4 | 7,390.00 |
| 5 | 7,390.00 |
| 6 | 91,636.00 |
| 7 | 358,760.48 |
| 8 | 536.27 |
| 9 | 1,108.50 |
| 10 | 846.03 |
| 11 | 739.00 |
| 12 | 8,868.00 |
| 14 | 739.00 |
| 16 | 739.00 |
| 17 | 4,550.00 |
| 18 | 124,299.80 |
| 19 | 36,950.00 |
| 20 | 36,950.00 |
| 21 | 19,879.10 |
| 22 | 720.00 |
| 23 | 625.00 |
| 24 | 850.00 |
| 25 | 2,956.00 |
| 26 | 7,390.00 |
| 27 | 2,820.40 |
| 28 | 3,523.14 |
| 29 | 610.32 |
| 31 | 5,117.80 |
| 32 | 14,041.00 |
| 33 | 2.58 |
| 34 | 739.00 |
| 36 | 7,390.00 |
| 38 | 655.00 |
| 43 | 18,475.00 |
| 44 | 91,500.00 |
| 45 | 30,180.00 |
| 46 | 25,040.40 |
| 50 | 2,181.24 |
| 51 | 868.70 |
| 52 | 133.02 |
| 53 | 745.95 |
| 54 | 9,558.60 |
| 55 | 14,243.10 |
| 56 | 23,543.50 |
| 57 | 220.00 |
| 58 | 11,897.50 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 59 | 1,782.45 |
| 60 | 12,513.73 |
| 62 | 6,530.00 |
| 63 | 2,025.00 |
| 64 | 4,725.00 |
| 65 | 14,188.80 |
| 66 | 25,126.00 |
| 67 | 29,560.00 |
| 68 | 272.04 |
| 69 | 125.00 |
| 70 | 1,383.00 |
| 71 | 2,327.47 |
| 72 | 20,281.80 |
| 73 | 14,622.13 |
| 74 | 29,697.21 |
| 75 | 2,868.00 |
| 76 | 6,700.00 |
| 77 | 5,912.00 |
| 78 | 83,682.70 |
| 79 | 11,500.00 |
| 80 | 14,188.80 |
| 81 | 67.75 |
| 82 | 30,623.13 |
| 83 | 29,089.20 |
| 84 | 29,063.68 |
| 85 | 18,751.68 |
| 86 | 20,693.90 |
| 87 | 610.06 |
| 88 | 600.00 |
| 89 | 1,293.25 |
| 90 | 136.48 |
| 91 | 2,521.54 |
| 92 | 974.88 |
| 94 | 7,390.00 |
| 95 | 702.05 |
| 96 | 55,660.00 |
| 97 | 932.80 |
| 98 | 36,950.00 |
| 99 | 290.00 |
| 101 | 165.00 |
| 102 | 6,010.00 |
| 103 | 7,685.60 |
| 104 | 2,517.00 |
| 105 | 739.00 |
| 106 | 295.00 |
| 107 | 3,325.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 108 | 5,305.38 |
| 109 | 3,694.00 |
| 110 | 123.79 |
| 111 | 960.70 |
| 112 | 2,422.00 |
| 115 | 147.80 |
| 116 | 2,217.00 |
| 117 | 2,055.26 |
| 118 | 4,097.50 |
| 119 | 12,333.10 |
| 120 | 1,773.60 |
| 121 | 63.80 |
| 122 | 133.50 |
| 124 | 3,695.00 |
| 126 | 35,917.00 |
| 127 | 17,729.98 |
| 128 | 739.00 |
| 129 | 3,695.00 |
| 130 | 35.60 |
| 131 | 88,680.00 |
| 133 | 760.00 |
| 134 | 795.38 |
| 136 | 2,143.10 |
| 137 | 36,950.00 |
| 138 | 2,956.00 |
| 139 | 739.00 |
| 140 | 1,034.00 |
| 141 | 2,956.00 |
| 142 | 8,129.00 |
| 143 | 516.68 |
| 144 | 502.52 |
| 145 | 59.12 |
| 146 | 184.75 |
| 147 | 2,401.75 |
| 148 | 30,299.00 |
| 149 | 1,048.00 |
| 150 | 12,687.00 |
| 151 | 63.29 |
| 152 | 12.50 |
| 153 | 43.56 |
| 154 | 615.16 |
| 156 | 75,053.60 |
| 157 | 1,478.00 |
| 159 | 1,854.00 |
| 160 | 420.00 |
| 161 | 368,971.95 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 163 | 150.00 |
| 165 | 739.00 |
| 167 | 800.10 |
| 169 | 39,906.00 |
| 174 | 655.00 |
| 175 | 11,232.80 |
| 176 | 20,727.50 |
| 177 | 19,952.15 |
| 179 | 132.65 |
| 185 | 4,303.56 |
| 186 | 10,152.24 |
| 198 | 1,372.60 |
| 199 | 11,995.00 |
| 200 | 7,237.50 |
| 201 | 11,995.00 |
| 202 | 25,150.00 |
| 203 | 104,432.50 |
| 205 | 52,869.00 |
| 206 | 443.40 |
| 209 | 37,573.47 |
| 210 | 886.80 |
| 211 | 554.25 |
| 212 | 1,847.50 |
| 214 | 36,950.00 |
| 215 | 1,478.00 |
| 216 | 2,217.00 |
| 217 | 90,685.78 |
| 219 | 4,064.50 |
| 220 | 39,632.41 |
| 221 | 58,865.55 |
| 222 | 731.61 |
| 223 | 466.31 |
| 224 | 14,780.00 |
| 225 | 69.20 |
| 226 | 428.62 |
| 227 | 683.50 |
| 228 | 720.00 |
| 229 | 739.00 |
| 231 | 373.16 |
| 232 | 31,700.00 |
| 233 | 17,390.00 |
| 234 | 1,740.00 |
| 236 | 17,946.92 |
| 239 | 29,700.00 |
| 240 | 12,649.81 |
| 241 | 21,000.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**     **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 242 | 8,799.55 |
| 50000 | 22,897.49 |
| 50001 | 27,311.75 |
| 50003 | 74.88 |
| 50004 | 8,599.32 |
| 50006 | 629.90 |
| 50007 | 627.60 |
| 50008 | 772.43 |
| 50009 | 1,593.14 |
| 50012 | 65,608.50 |
| 50013 | 443,400.00 |
| 50014 | 238,456.79 |
| 50015 | 122,685.19 |
| 50016 | 50,071.94 |
| 50017 | 14,763.15 |
| 50018 | 12,907.61 |
| 50019 | 12,391.12 |
| 50020 | 4,715.95 |
| 50021 | 49,800.82 |
| 50022 | 8,306.38 |
| 50025 | 72,339.21 |
| 50026 | 203,943.33 |
| 50027 | 203,943.33 |
| 50028 | 132,489.07 |
| 50029 | 1,046,244.74 |
| 50030 | 2,103,194.55 |
| 50031 | 865,499.54 |
| 50032 | 180,733.48 |
| 50035 | 72,541.54 |
| 50036 | 86,772.56 |
| 50039 | 21,395.69 |
| 50040 | 30,261.80 |
| 50041 | 62,127.50 |
| 50042 | 5,406.44 |
| 50043 | 8,027.07 |
| 50044 | 16,471.60 |
| 50045 | 1,059.83 |
| 50046 | 697.20 |
| 50047 | 554,300.93 |
| 50048 | 103,343.88 |
| 50051 | 497.75 |
| 50053 | 16,460.27 |
| 50054 | 0.14 |
| 50081 | 27,811.44 |
| 50082 | 55,584.36 |
| 50083 | 43,681.68 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50084 | 168,756.12 |
| 50085 | 89,366.40 |
| 50086 | 14,106.76 |
| 50087 | 1,938.24 |
| 50088 | 4,253.77 |
| 50089 | 79,008.73 |
| 50090 | 122,506.95 |
| 50091 | 47,125.00 |
| 50092 | 5,890.63 |
| 50093 | 5,890.63 |
| 50095 | 37,700.00 |
| 50096 | 11,781.25 |
| 50097 | 11,781.25 |
| 50098 | 28,275.00 |
| 50099 | 65,975.00 |
| 50100 | 16,064.43 |
| 50101 | 18,850.00 |
| 50102 | 23,562.50 |
| 50103 | 11,781.25 |
| 50104 | 6,651,000.00 |
| 50105 | 68,060.00 |
| 50108 | 4,781.07 |
| 50109 | 392,580.24 |
| 50110 | 376,575.75 |
| 50111 | 177,953.48 |
| 50112 | 61,318.68 |
| 50113 | 4,946,503.89 |
| 50121 | 64.50 |
| 50122 | 241.00 |
| 50123 | 29.05 |
| 50124 | 60.37 |
| 50125 | 447.04 |
| 50126 | 1,349.79 |
| 50130 | 30.50 |
| 50135 | 1,764.00 |
| 50136 | 390.00 |
| 50140 | 47.20 |
| 50141 | 204.00 |
| 50142 | 22,382.92 |
| 50144 | 70.61 |
| 50145 | 125.50 |
| 50149 | 1,702.23 |
| 50152 | 5,316.30 |
| 50153 | 3,464.10 |
| 50155 | 5,261,852.34 |
| 50159 | 140,780.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50161 | 1,458,785.83 |
| 50162 | 58,092.16 |
| 50163 | 459.00 |
| 50164 | 320.85 |
| 50166 | 93.84 |
| 50167 | 19.00 |
| 50169 | 495.75 |
| 50173 | 34,167.28 |
| 50174 | 243,293.10 |
| 50178 | 429.34 |
| 50180 | 516.00 |
| 50181 | 3,490.16 |
| 50183 | 23,828.90 |
| 50184 | 4,729.40 |
| 50185 | 545.70 |
| 50186 | 221,120.00 |
| 50188 | 1,478.00 |
| 50189 | 944,557.30 |
| 50190 | 564,551.81 |
| 50191 | 117,858.80 |
| 50192 | 132,412.95 |
| 50195 | 4.80 |
| 50200 | 114.00 |
| 50203 | 140.21 |
| 50204 | 880.00 |
| 50205 | 55.00 |
| 50206 | 1,780.00 |
| 50207 | 598.00 |
| 50213 | 186,043.50 |
| 50214 | 13,495.11 |
| 50215 | 61.29 |
| 50217 | 35.25 |
| 50219 | 16.00 |
| 50220 | 26.00 |
| 50221 | 190.00 |
| 50222 | 61.00 |
| 50224 | 49.67 |
| 50225 | 297.68 |
| 50227 | 840.00 |
| 50229 | 4,884.83 |
| 50231 | 99,925.85 |
| 50233 | 85,203.90 |
| 50234 | 889.67 |
| 50235 | 5,246.90 |
| 50236 | 465.57 |
| 50237 | 7,138.74 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**              **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50240 | 32,050.61 |
| 50241 | 1,093,120.36 |
| 50243 | 96,130.53 |
| 50244 | 277,715.25 |
| 50245 | 322,717.52 |
| 50246 | 103,080.36 |
| 50247 | 1,854.89 |
| 50248 | 413.84 |
| 50249 | 354.72 |
| 50250 | 450.79 |
| 50251 | 1,308.03 |
| 50252 | 1,315.42 |
| 50253 | 2,209.61 |
| 50254 | 2,157.88 |
| 50256 | 19,558.02 |
| 50257 | 6,600.00 |
| 50258 | 12,896.00 |
| 50259 | 13,956.12 |
| 50260 | 3,695.00 |
| 50262 | 323,050.00 |
| 50263 | 173,950.00 |
| 50264 | 12,142.57 |
| 50265 | 468.14 |
| 50266 | 57,675.94 |
| 50267 | 531.59 |
| 50268 | 20,763.38 |
| 50269 | 3,184.05 |
| 50270 | 22.95 |
| 50271 | 287,552.59 |
| 50272 | 1,507.68 |
| 50273 | 4,376.08 |
| 50274 | 1,424.74 |
| 50275 | 728.00 |
| 50277 | 25,949.89 |
| 50278 | 1,050.00 |
| 50279 | 842.00 |
| 50281 | 464.00 |
| 50282 | 11,620.75 |
| 50283 | 1,300.90 |
| 50284 | 97.00 |
| 50285 | 3,198.59 |
| 50286 | 2,041.65 |
| 50287 | 1,565.27 |
| 50288 | 9,924.77 |
| 50289 | 421,650.00 |
| 50290 | 4,165.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50291 | 1,104,874.95 |
| 50293 | 6,140,157.34 |
| 50294 | 60,105.50 |
| 50295 | 1,328.76 |
| 50296 | 24,326.70 |
| 50297 | 110,176.28 |
| 50298 | 113,984.71 |
| 50299 | 551,818.69 |
| 50300 | 234,429.67 |
| 50301 | 5,754.15 |
| 50302 | 1,520.95 |
| 50305 | 2.10 |
| 50308 | 55,205.54 |
| 50309 | 2,030.60 |
| 50310 | 29,521.18 |
| 50320 | 217.50 |
| 50322 | 46,582.05 |
| 50325 | 4,773.94 |
| 50326 | 1,071,550.00 |
| 50327 | 99,008.98 |
| 50328 | 2,069.75 |
| 50329 | 2,073,839.76 |
| 50333 | 16,997.00 |
| 50334 | 73,900.00 |
| 50335 | 103,328.46 |
| 50339 | 245,552.00 |
| 50340 | 665,100.00 |
| 50341 | 615,399.20 |
| 50342 | 119,652.71 |
| 50343 | 6,938.00 |
| 50344 | 8,279.79 |
| 50347 | 1,584.00 |
| 50348 | 8,129.00 |
| 50349 | 8,868.00 |
| 50350 | 8,129.00 |
| 50351 | 8,129.00 |
| 50352 | 7,390.00 |
| 50353 | 1,622.20 |
| 50355 | 5,173.00 |
| 50356 | 11,085.00 |
| 50357 | 7,390.00 |
| 50358 | 3,510.25 |
| 50359 | 5,173.00 |
| 50360 | 5,542.50 |
| 50361 | 5,173.00 |
| 50364 | 2,771.25 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50365 | 119.40 |
| 50366 | 11,824.00 |
| 50367 | 4,434.00 |
| 50368 | 739.00 |
| 50369 | 2,956.00 |
| 50370 | 4,064.50 |
| 50371 | 5.50 |
| 50372 | 6,651.00 |
| 50373 | 14,780.00 |
| 50374 | 7,390.00 |
| 50376 | 7,390.00 |
| 50377 | 7,390.00 |
| 50378 | 13,302.00 |
| 50379 | 2,956.00 |
| 50382 | 8,868.00 |
| 50383 | 5,912.00 |
| 50386 | 7,390.00 |
| 50388 | 3,695.00 |
| 50389 | 1,297.90 |
| 50390 | 3,720.30 |
| 50391 | 2,217.00 |
| 50392 | 34,733.00 |
| 50393 | 3,695.00 |
| 50394 | 3,695.00 |
| 50395 | 2,217.00 |
| 50396 | 2,217.00 |
| 50397 | 1,423.95 |
| 50398 | 3,695.00 |
| 50399 | 16,258.00 |
| 50401 | 5,173.00 |
| 50402 | 10,346.00 |
| 50403 | 4,434.00 |
| 50405 | 8,868.00 |
| 50406 | 5,542.50 |
| 50407 | 1,847.50 |
| 50409 | 3,695.00 |
| 50410 | 22,170.00 |
| 50411 | 23,648.00 |
| 50412 | 3,695.00 |
| 50413 | 14,780.00 |
| 50414 | 2,956.00 |
| 50415 | 1,478.00 |
| 50416 | 23,056.80 |
| 50417 | 3,325.50 |
| 50418 | 5,912.00 |
| 50419 | 13,302.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50420 | 74,284.28 |
| 50421 | 1,478.00 |
| 50422 | 1,478.00 |
| 50423 | 18,548.90 |
| 50424 | 18,548.90 |
| 50425 | 13,893.20 |
| 50427 | 2,808.20 |
| 50428 | 28,377.60 |
| 50429 | 2,808.20 |
| 50430 | 11,602.30 |
| 50431 | 1,108.50 |
| 50432 | 7,685.60 |
| 50434 | 2,406.91 |
| 50435 | 221.52 |
| 50436 | 5,173.00 |
| 50437 | 3,282.59 |
| 50438 | 739.00 |
| 50439 | 570.00 |
| 50440 | 145.02 |
| 50441 | 2,956.00 |
| 50442 | 22,170.00 |
| 50443 | 5,173.00 |
| 50444 | 2,217.00 |
| 50445 | 299.34 |
| 50446 | 11,824.00 |
| 50447 | 739.00 |
| 50448 | 6,651.00 |
| 50449 | 6,651.00 |
| 50450 | 5,173.00 |
| 50451 | 6,206.60 |
| 50452 | 3,695.00 |
| 50453 | 3,695.00 |
| 50454 | 7,390.00 |
| 50455 | 11,085.00 |
| 50456 | 14,540.00 |
| 50457 | 31,799.88 |
| 50458 | 5,173.00 |
| 50459 | 7,390.00 |
| 50461 | 5,912.00 |
| 50462 | 2,956.00 |
| 50464 | 319,543.60 |
| 50465 | 21,135.40 |
| 50466 | 35,989.30 |
| 50467 | 276,016.50 |
| 50469 | 112,401.90 |
| 50471 | 149,647.50 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50472 | 190,292.50 |
| 50473 | 739.00 |
| 50474 | 38,501.90 |
| 50475 | 195,135.00 |
| 50477 | 14,188.80 |
| 50478 | 14,188.80 |
| 50479 | 23,006.72 |
| 50482 | 2,217.00 |
| 50483 | 7,390.00 |
| 50484 | 739.00 |
| 50485 | 36.95 |
| 50486 | 1,456.00 |
| 50487 | 1,000.80 |
| 50489 | 1,478.00 |
| 50490 | 2.64 |
| 50491 | 23,693.50 |
| 50492 | 133.00 |
| 50493 | 598.94 |
| 50494 | 7,124.76 |
| 50496 | 6,188.12 |
| 50497 | 3,632.25 |
| 50498 | 36,287.18 |
| 50500 | 333.01 |
| 50501 | 14.61 |
| 50503 | 6,224.79 |
| 50537 | 11,150.00 |
| 50538 | 16,258.00 |
| 50539 | 151,500.35 |
| 50540 | 26,120.75 |
| 50541 | 28,600.00 |
| 50542 | 344,793.90 |
| 50543 | 2,364.80 |
| 50544 | 7,198,444.22 |
| 50545 | 26,627.04 |
| 50546 | 48,529.73 |
| 50547 | 792.50 |
| 50548 | 2,645.62 |
| 50549 | 716,475.50 |
| 50550 | 27,567.02 |
| 50551 | 78,459.98 |
| 50552 | 753.00 |
| 50555 | 319,275.51 |
| 50556 | 20,077.46 |
| 50557 | 272,957.04 |
| 50558 | 92,301.10 |
| 50559 | 248,799.13 |

TIMELY, PROPERLY DOCUMENTED CLAIMS    EXHIBIT B-1

| Claim # | Recognized Losses |
|---|---|
| 50560 | 520,802.86 |
| 50561 | 70,241.95 |
| 50563 | 788,902.84 |
| 50565 | 362,041.43 |
| 50570 | 6,817.72 |
| 50571 | 21,655.46 |
| 50572 | 873.04 |
| 50573 | 52,046.90 |
| 50574 | 5,469.08 |
| 50575 | 6,918.01 |
| 50582 | 201,807.04 |
| 50583 | 16,859.78 |
| 50584 | 46,243.87 |
| 50585 | 80,078.00 |
| 50587 | 8,209.59 |
| 50589 | 233.00 |
| 50590 | 639.19 |
| 50595 | 60.00 |
| 50597 | 334.75 |
| 50601 | 88.40 |
| 50603 | 414.50 |
| 50604 | 49.60 |
| 50605 | 495.00 |
| 50606 | 757.52 |
| 50609 | 7.30 |
| 50610 | 2,652.50 |
| 50612 | 10,335.38 |
| 50613 | 1,178.60 |
| 50614 | 12.50 |
| 50617 | 29.56 |
| 50618 | 246.60 |
| 50619 | 323.24 |
| 50620 | 781.00 |
| 50622 | 137.40 |
| 50623 | 894.40 |
| 50626 | 2,734.86 |
| 50627 | 50.00 |
| 50629 | 131.32 |
| 50632 | 128.80 |
| 50633 | 73.90 |
| 50634 | 982.00 |
| 50635 | 76.85 |
| 50636 | 2,204.88 |
| 50637 | 2,710.02 |
| 50638 | 427,162.18 |
| 50639 | 1,638.18 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50640 | 10.88 |
| 50641 | 228,899.64 |
| 50642 | 214,577.90 |
| 50643 | 3,596.72 |
| 50644 | 18,629.11 |
| 50645 | 19,494.15 |
| 50646 | 6,021.22 |
| 50647 | 1,183.13 |
| 50648 | 1,099.40 |
| 50649 | 4,008.08 |
| 50650 | 26,651.26 |
| 50651 | 27,427.24 |
| 50652 | 27,887.07 |
| 50653 | 2,122.35 |
| 50654 | 4,182.82 |
| 50655 | 189.30 |
| 50656 | 6,613.60 |
| 50657 | 673.00 |
| 50658 | 509,680.00 |
| 50659 | 57,792.84 |
| 50661 | 31,883.83 |
| 50662 | 22,371.13 |
| 50663 | 31,650.65 |
| 50664 | 342,766.58 |
| 50666 | 4,478.30 |
| 50667 | 11,076.54 |
| 50668 | 6,248.99 |
| 50669 | 7,011.59 |
| 50670 | 13,479.75 |
| 50672 | 26,957.65 |
| 50677 | 8,202.90 |
| 50678 | 945.92 |
| 50679 | 2,224.39 |
| 50680 | 2,017.47 |
| 50681 | 4,042.33 |
| 50682 | 739.00 |
| 50683 | 2,268.73 |
| 50684 | 19,738.69 |
| 50685 | 827.68 |
| 50686 | 5,889.83 |
| 50687 | 5,202.56 |
| 50688 | 901.58 |
| 50689 | 192.14 |
| 50690 | 2,268.73 |
| 50691 | 613.37 |
| 50692 | 628.15 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 50693 | 103.46 |
| 50694 | 177.36 |
| 50695 | 487.74 |
| 50696 | 4,419.22 |
| 50697 | 686,533.40 |
| 50698 | 292,229.48 |
| 50699 | 45,180.25 |
| 50700 | 42,794.77 |
| 50701 | 10,661.54 |
| 50702 | 952,290.89 |
| 50703 | 8,224.46 |
| 50704 | 4,395.50 |
| 50705 | 8,846.17 |
| 50707 | 904,726.10 |
| | |
| **Total** | **658** $ **69,384,108.60** |

**LATE, PROPERLY DOCUMENTED CLAIMS**  **EXHIBIT B-2**

| Claim # | Recognized Losses |
|---|---|
| 180 | 4,921.84 |
| 181 | 367,770.49 |
| 182 | 70,775.50 |
| 187 | 18,475.00 |
| 189 | 14,339.30 |
| 192 | 255.00 |
| 193 | 5,912.00 |
| 194 | 6,783.00 |
| 195 | 32,120.76 |
| 196 | 1,491.75 |
| | |
| **Total** 10 | **$ 522,844.64** |

**EXHIBIT C**

Sundial Growers Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

CONTROL#:   204                                    **November 23, 2022**

AcctNum:

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
|---|---|
| Please provide proof of your balance of Sundial Growers Inc. common stock at the close of trading on October 31, 2019. | 12050 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within ten (10) calendar days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions of Sundial Growers Inc. ("Sundial") common stock during the period from August 1, 2019 and October 31, 2019, inclusive; and (2) proof of holdings of Sundial common stock at the close of trading on October 31, 2019.

**INADEQUATELY DOCUMENTED CLAIMS**                                     **EXHIBIT D**

| Claim # | Rejection Reason |
|---|---|
| 35 | INADEQUATELY DOCUMENTED |
| 39 | INADEQUATELY DOCUMENTED |
| 41 | INADEQUATELY DOCUMENTED |
| 171 | INADEQUATELY DOCUMENTED |
| 173 | INADEQUATELY DOCUMENTED |
| 183 | INADEQUATELY DOCUMENTED |
| 190 | INADEQUATELY DOCUMENTED |
| 191 | INADEQUATELY DOCUMENTED |
| 204 | INADEQUATELY DOCUMENTED |
| 50114 | INADEQUATELY DOCUMENTED |
| 50115 | INADEQUATELY DOCUMENTED |
| 50480 | INADEQUATELY DOCUMENTED |

**Total**                                                        **12**

**EXHIBIT F**

Sundial Growers Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

CONTROL#:    30

**January 17, 2023**

ACCOUNT#:

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
| --- | --- |
| Shares of Sundial Growers Inc. ("Sundial") common stock were not purchased in or pursuant and/or traceable to the offering documents issued in connection with Sundial's initial public stock offering on or about the August 1, 2019.  In order to be eligible, you must have purchased Sundial common stock between August 1, 2019 and October 31, 2019, both dates inclusive. | |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than ten (10) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.