**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION | Case No. 1:19-cv-08913-ALC<br><br>**NOTICE OF MOTION FOR *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS AND DIRECTING CASE CLOSURE** |

**TO:  THE CLERK OF COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on a date and time set by the Court, Plaintiffs will hereby move the Court to enter the accompanying [Proposed] Order Directing Distribution of the Residual Settlement Funds to the *Cy Pres* Recipient and Case Closure. This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support Thereof, and the Declaration of Paul Mulholland. Plaintiffs have provided notice of this Motion to Defendants and are informed that Defendants do not oppose the Motion. Plaintiffs respectfully submit that a hearing may be unnecessary. Accordingly, Plaintiffs respectfully request the Court's approval of this motion on papers.

DATED: December 28, 2024

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

*s/ Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapont@zlk.com

*Co-Lead Counsel for Plaintiffs and the Class*