**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION | Master File No. 1:19-cv-08913-ALC<br><br>This Document Relates To:<br>All Actions |

**DECLARATION OF PAUL MULHOLLAND IN SUPPORT OF**
**PLAINTIFFS' UNOPPOSED MOTION TO CONTRIBUTE REMAINING**
**SETTLEMENT FUND TO A NON-SECTARIAN CHARITY**

I, Paul Mulholland, declare:

1. I am the President of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over thirty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred (500) class action settlements since its inception. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify thereto.

2. I respectfully submit this declaration in order to provide the Court and the parties involved in the above-captioned litigation with information regarding the remaining funds available for a *cy pres* contribution.

3. On November 30, 2023, the Court issued the Order Granting Motion for Distribution of Class Action Settlement Funds. ECF 123. After administration costs and attorney's fees and expenses, $4,691,216.07 remained to distribute to eligible class members. On January 9, 2024, SCS sent Distribution payments to 607 Authorized Claimants in the amount of $4,691,216.07 who received a check more than $10.00. These checks expired on July 7, 2024.

4. As of the time of this filing, the remaining funds in the account total $9,837.06 principally from a federal tax refund.

1

5.      SCS calculates that only approximately 100 of 607 Authorized Claimants would receive a second distribution over $10, rendering further distribution of the remaining $9,837.06 economically infeasible.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of November 2024, in Media, Pennsylvania.


_____
Paul Mulholland