IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUNDIAL GROWERS INC. SECURITIES LITIGATION | Case No. 1:19-cv-08913-ALC <br><br> **ORDER DIRECTING CASE CLOSURE AND APPROVAL OF THE DISTRIBUTION TO THE CY PRES RECIPIENT** |

WHEREAS, Plaintiffs' Motion for an Order Directing Case Closure and the Distribution to the Cy Pres Recipient ("Motion") was duly presented to the Court; and

WHEREAS, The Court has determined that good cause exists to grant the Motion in its entirety,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion is hereby granted;
2. All remaining funds shall be issued to the court-approved *cy pres* recipient, the Securities Investor Protection Corporation located at 1667 K St. N.W., Suite 1000 Washington, D.C. 20006-1620; and
3. The case is hereby closed.

IT IS SO ORDERED.

DATED: January 7, 2025
New York, NY

_____
THE HONORABLE ANDREW L. CARTER JR.
UNITED STATES DISTRICT JUDGE